IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendants. | Case No. 2:07-cv-503-LED<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

IP Innovation L.L.C. and Technology Licensing Corporation, plaintiffs in the above-entitled and numbered civil action, hereby notify the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

    Eric M. Albritton
    Texas State Bar No. 00790215
    ALBRITTON LAW FIRM
    P.O. Box 2649
    Longview, Texas 75606
    (903) 757-8449 (phone)
    (903) 758-7397 (fax)
    ema@emafirm.com

        Respectfully submitted,

        */s/ Eric M. Albritton*
        Eric M. Albritton
        Texas State Bar No. 00790215
        Albritton Law Firm
        P.O. Box 2649
        Longview, Texas 75606
        (903) 757-8449 (phone)
        (903) 758-7397 (fax)
        ema@emafirm.com

        *Counsel for IP Innovation L.L.C. and Technology Licensing Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 19th day of November, 2007.

        */s/ Eric M. Albritton*
        Eric M. Albritton