# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION LLC and<br>TECHNOLOGY LICENSING<br>CORPORATION<br><br>    Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.<br><br>    Defendant. | §<br>§<br>§<br>§<br>§   CASE NO.2:07CV503<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The Court **ORDERS** the Plaintiff to file a notice that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion. The notice shall include a list of any pending motions to dismiss or transfer.

**So ORDERED and SIGNED this 10th day of January, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**