Appendix K                                                    Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

FILED CLERK
U.S. DISTRICT COURT
2008 JAN 22 PM 4:25
TEXAS EASTERN

1. This application is being made for the following: Case # __2:07-cv-503-LED__
Style:_____
BY_____

2. Applicant is representing the following party/ies: __IP Innovation L.L.C. & Technology Licensing Corp.__

3. Applicant was admitted to practice in __IL__ (state) on __11/5/92__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
__See Attached__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Arthur A. Gasey__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __16 Jan 08__        Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Arthur A. Gasey__
State Bar Number __06210605__
Firm Name: __Niro, Scavone, Haller & Niro__
Address/P.O. Box: __181 W. Madison, Suite 4600__
City/State/Zip: __Chicago, IL 60602__
Telephone #: __(312) 236-0733__
Fax #: __(312) 236-3137__
E-mail Address: __gasey@nshn.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __1/23/08__

*David Maland* (signature)

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

## ARTHUR A. GASEY

| | |
|---|---|
| Illinois ARDC #06210605 | 11/05/92 |
| State of Illinois Supreme Court | 11/05/92 |
| U.S.D.C., District of Arizona | 2000 |
| U.S.D.C., Northern District of California | 08/99 |
| U.S.D.C., Middle District of Florida | 06/95 |
| U.S.D.C., Northern District of Florida | 2000 |
| U.S.D.C., Northern District of Georgia | 1999 |
| U.S.D.C., Northern District of Illinois | 12/17/92 |
| U.S.D.C., Northern District of Indiana | 03/99 |
| U.S.D.C., Southern District of Indiana | 03/99 |
| U.S.D.C., Southern District of Iowa | 12/93 |
| U.S.D.C., Eastern District of Michigan | 12/93 |
| U.S.D.C., Southern District of New York | 07/02 |
| U.S.D.C., Northern District of Ohio | 1998 |
| U.S.D.C., Southern District of Ohio | 2000 |
| U.S.D.C., Southern District of Texas | 06/95 |
| District of Utah | 2/99 |
| U.S.D.C., Eastern District of Virginia | 1998 |
| U.S.D.C., Eastern District of Wisconsin | 2000 |
| U.S. Patent Office Reg. No. | 35,150 |

# Receipt for Payment

Receipt No: 94-012495

## United States District Court
for the
Eastern District of Texas at Tyler

Date: Tuesday, January 22, 2008

Received from:

WARD & SMITH LAW FIRM

P. O. BOX 1231

LONGVIEW, TX 75601

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $150.00 |
| Total | $150.00 |

Payment method: Check

Case or other reference: 2:07CV503

Comments: PHV - CK 3556

Received by: KB