IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, § § § § | |
| Plaintiffs, § | CASE NO. 2:07cv503-LED |
| v. § § | |
| § | JURY TRIAL DEMANDED |
| GOOGLE INC., § § § | |
| Defendant. § | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS'
ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

Defendant Google Inc. ("Google") files this Unopposed Motion For Extension of Time to Answer or Otherwise Respond to Plaintiffs' Original Complaint for Patent Infringement. In support, Google would show the following:

1. Plaintiffs IP Innovation L.L.C. and Technology Licensing Corporation ("Plaintiffs") filed their Original Complaint for Patent Infringement ("Complaint") on November 16, 2007. Google was served with the Complaint on January 16, 2008, making Google's responsive pleading due by February 5, 2008.

2. Google requires additional time to fully investigate the allegations in the Complaint, and therefore requests that the deadline for filing an answer or otherwise responding to the Complaint be extended to and including March 20, 2008 (a 44-day extension).

Plaintiffs do not oppose this motion.

1167.00003/354890.1

Respectfully requested:

By: *David J. Beck* (signature)
David J. Beck
State Bar No. 00000070
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
dbeck@brsfirm.com

**LEAD ATTORNEY FOR DEFENDANT GOOGLE INC.**

*OF COUNSEL:*

Michael E. Richardson
State Bar No. 24002838
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
mrichardson@brsfirm.com

Mark G. Matuschak (*pro hac vice* application to be filed)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Mark.Matuschak@wilmerhale.com

### CERTIFICATE OF CONFERENCE

I certify that I have conferred with Counsel for Plaintiffs, Eric Albritton, concerning the foregoing motion and he indicated that Plaintiffs do not oppose same.

*Michael E. Richardson* (signature)
Michael E. Richardson

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service in the above-referenced case are being served this 25th day of January, 2008, with a copy of the above document via the court's CM/ECF system per Local Rule CV-5(A)(3).

*Michael E. Richardson*
Michael E. Richardson

1167.00003/354890.1