IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, | § § § § | |
| Plaintiffs, | § | CASE NO. 2:07cv503-LED |
| v. | § § § | JURY TRIAL DEMANDED |
| GOOGLE INC., | § § | |
| Defendant. | § § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Before the Court is the Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Original Complaint for Patent Infringement filed by Defendant Google Inc. ("Google"). After considering the Motion, the Court finds that it is well taken. Therefore, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Google shall have to and including March 20, 2008 to answer or otherwise respond to Plaintiffs' Original Complaint for Patent Infringement.

1167.00003/354890.1