IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§ CASE NO. 2:07cv503-LED<br>§<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Michael E. Richardson enters his appearance in this matter on behalf of Defendant Google Inc. for purposes of receiving notices and orders from the Court. Mr. Richardson's contact information is as follows:

Beck, Redden & Secrest, LLP
1221 McKinney, Suite 4500
One Houston Center
Houston, Texas 77010
(713) 951-3700 - Telephone
(713) 951-3720 – Facsimile
mrichardson@brsfirm.com

1167.00003/354950.1

Dated: January 28, 2008

>Respectfully submitted,
>
>By: __/s/_____
>     Michael E. Richardson
>     Texas Bar No. 24002838
>BECK, REDDEN & SECREST, L.L.P.
>One Houston Center
>1221 McKinney St., Suite 4500
>Houston, TX. 77010
>(713) 951-3700
>(713) 951-3720 (Fax)
>dbeck@brsfirm.com
>
>**ATTORNEY FOR**
>**DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 28th day of January, 2008 with a copy of the above-document via the court's CM/ECF System per Local Rule CV-5(a)(3).

>_____/s/_____
>Michael E. Richardson

1167.00003/354950.1