**Appendix K**



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Revised: 1/24/07

FEB 07 2008

DAVID J. MALAND, CLERK
BY
DEPUTY_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #     2:07CV503-LED_____
Style: **IP Innovation and Technology Licensing Corporation v. Google, Inc.**

2. Applicant is representing the following party/ies: IP Innovation L.L.C. and Technology Licensing
Corporation

3. Applicant was admitted to practice in Illinois_ (state) on _November 2006_

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please
circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle).
If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would
reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please
circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed
against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

_____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including
Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case
specified above only.

**Application Oath:**

I, _Karen L. Blouin_ do solemnly swear (or affirm) that the above information is true; that I will discharge
the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the
law and the highest ethics of our profession; and that I will support and defend the Constitution of the
United States.

Date _____ 31JAN07 _____          Signature _____

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) _Karen L. Blouin_

State Bar Number _6289077_

Firm Name: _Niro, Scavone, Haller & Niro_

Address/P.O Box: _181 West Madison Street, Suite 4600_

City/State/Zip: _Chicago, Illinois 60601_

Telephone #: _312-377-3250 (Direct)_

Fax #: _312-236-3137_

E-mail Address: _Blouin@nshn.com_

Secondary E-Mail Address: _None_

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _2 8 08_

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

## KAREN L BLOUIN

Illinois ARDC #6289077 .......................................................................................... 11-09-06
State of Illinois Supreme .......................................................................................... 11-09-06
Western District of Michigan ................................................................................... 10-24-07
District of Nebraska ................................................................................................... 9-24-07
California ..................................................................................................................... 8-13-07
Nevada ........................................................................................................................ 2-23-07

U S. Patent Office Reg. No. .......................................................................................... 57098

# United States District Court

for the

Eastern District of Texas at Marshall

Date: **Friday, February 8, 2008**

Received from:

**WARD SMITH**

**LONGVIEW, TX**

| Account | | Description |
|---|---|---|
| 085000 | – | Attorney Admission Fees |
| 086400 | – | New Case Fee |
| 086900 | – | Filing Fees |
| 121000 | – | Conscience Fund |
| 129900 | – | Gifts |
| 143500 | – | Interest |
| 322340 | – | Sale of Publications |
| 322350 | – | Copy Fees |
| 322360 | – | Miscellaneous Fees |
| 322380 | – | Recoveries of Court Costs |
| 322386 | – | Cost of Prosecution |
| 504100 | – | Crime Victims Fund |
| 508800 | – | Immigration Fees |
| 510000 | – | Civil Filing Fee (1/2) |
| 5100PL | – | Partial Filing Fee (PLRA) |
| 510100 | – | Registry Fee |
| 604700 | – | Registry Funds/General and Special Funds |
| 613300 | – | Unclaimed Monies |
| 6855XX | – | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| | |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **2:07cv503 PHV Blouin**

Comments: **CK 3617**

Received by: **pa**