**Appendix K**                                                            Revised: 1/24/07

FILED CLERK
U.S. DISTRICT COURT
2008 FEB -8 PM 2: 17
TEXAS EASTERN
BY_____

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### <u>MARSHALL</u> DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following:  <u>Case # 2:07cv503-LED</u>
Style: _____
2. Applicant is representing the following party/ies:  <u>Google, Inc.</u>
3. Applicant was admitted to practice in <u>New York</u> (state) on <u>02/06/1989</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language).  If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle).  If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).  If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    New York-2252708 (02/06/1989);
    Eastern and Southern Districts of New York-JH3113 (03/14/89);
    United States Court of Appeals for the Federal Circuit-5099 (12/15/89);
    District of Colorado-(11/12/1998); Western District of New York-(06/22/1999)
    and The Supreme Court of the United States.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
   I, John Hintz, Esq., do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counsel of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 1/30/08                                    Signature _____

US1DOCS 6533634v1

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

| | |
|---|---|
| Name (please print) | John Hintz, Esq. |
| State Bar Number | New York-2252708 (02/06/1989) |
| Firm Name | Wilmer Cutler Pickering Hale & Dorr LLP |
| Address/P.O. Box | 399 Park Avenue |
| City/State/Zip: | New York, NY 10022 |
| Telephone: #: | (212) 295-6451 |
| Fax #: | (212) 230-8888 |
| E-mail Address: | John.Hintz@wilmerhale.com |
| Secondary E-Mail Address: | |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the Court on: **2/8/08** .

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By_____
Deputy

# Receipt for Payment

## United States District Court

for the

Eastern District of Texas at Tyler

Date:                  **Friday, February 8, 2008**

Received from:

| Account | | Description |
|---|---|---|
| 085000 | _ | Attorney Admission Fees |
| 086400 | _ | New Case Fee |
| 086900 | _ | Filing Fees |
| 121000 | _ | Conscience Fund |
| 129900 | _ | Gifts |
| 143500 | _ | Interest |
| 322340 | _ | Sale of Publications |
| 322350 | _ | Copy Fees |
| 322360 | _ | Miscellaneous Fees |
| 322380 | _ | Recoveries of Court Costs |
| 322386 | _ | Cost of Prosecution |
| 504100 | _ | Crime Victims Fund |
| 508800 | _ | Immigration Fees |
| 510000 | _ | Civil Filing Fee (1/2) |
| 5100PL | _ | Partial Filing Fee (PLRA) |
| 510100 | _ | Registry Fee |
| 604700 | _ | Registry Funds/General and Special Funds |
| 613300 | _ | Unclaimed Monies |
| 6855XX | _ | Deposit Funds |

**WILMER CUTLER PICKERING HALE & DORR**

**1875 PENNSYLVANIA AVE., NW**

**WASHINGTON D.C.  20006**

| Account | Amount |
|---|---|
| 6855XX | $150.00 |
| | |
| **Total** | **$150.00** |

Payment method:             **Check**

Case or other reference:    **2:07CV503**

Comments:                   **PHV - CK 451223; 451559; 451220; 451222; 451346; 451221**

Received by:                **KB**