**Appendix K**  Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# <u>MARSHALL</u> DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

*FILED CLERK U.S. DISTRICT COURT 2008 FEB -8 PM 2:17 TEXAS EASTERN BY___*

1. Style: This application is being made for the following: Case # 2:07cv503-LED
2. Applicant is representing the following party/ies: Google, Inc.
3. Applicant was admitted to practice in <u>Massachusetts</u> (state) on <u>12/14/1988</u> (date); in <u>New York</u> (state) on <u>04/17/1989</u> (date) and in <u>New Jersey</u> on <u>01/01/1990</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/<u>has not</u> had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/<u>has not</u> ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/<u>has not</u> been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
Massachusetts-552581 (12/14/1988); New York-2266385 (04/17/89) and New Jersey-03447-(01/01/1990).
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Victor F. Souto, Esq., do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counsel of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  January 31, 2008          Signature  /s/ Victor F. Souto

US1DOCS 6533806v1

Dockets.Justia.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print)          Victor F. Souto, Esq.

State Bar Number             Massachusetts-552581 (12/14/1988);
                             New Jersey-03447-(01/01/1990)
                             and New York-2266385-(04/17/1989)

Firm Name                    Wilmer Cutler Pickering Hale & Dorr LLP

Address/P.O. Box             399 Park Avenue

City/State/Zip:              New York, NY 10022

Telephone: #:                (212) 937-7224

Fax #:                       (212) 230-8888

E-mail Address:              Victor.Souto@wilmerhale.com

Secondary E-Mail Address:

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the Court on: __2/8/08__.

*David Maland* (signature)

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

[Seal of United States District Court, Eastern District of Texas]

US1DOCS 6533806v1

Additional detail for Question No. 9

In 1978 I was arrested in Nutley, New Jersey for possession of a controlled substance (marijuana). I was given probation (I believe for a six month period). I have had no other charges, arrests or convictions.

# Receipt for Payment

## United States District Court

for the

Eastern District of Texas at Tyler

Date:      Friday, February 8, 2008

Received from:

**WILMER CUTLER PICKERING HALE & DORR**

**1875 PENNSYLVANIA AVE., NW**

**WASHINGTON D.C. 20006**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $150.00 |
| **Total** | **$150.00** |

Payment method:      Check

Case or other reference:      2:07CV503

Comments:      PHV - CK 451223; 451559; 451220; 451222; 451346; 451221

Received by:      **KB**