IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC..,<br><br>Defendant . | Case No. 2:07cv503-LED<br><br>JURY TRIAL DEMANDED |

## NOTICE OF REQUEST FOR SCHEDULING CONFERENCE

COME NOW Plaintiffs and pursuant to the Court's Order of January 10, 2008 (Docket No. 4) notify the Court that all Defendants have answered Plaintiffs' Original Complaint. No motions to dismiss or transfer are pending. Plaintiffs respectfully request a scheduling conference in this matter.

Respectfully submitted,

_____
T. John Ward Jr.
State Bar No. 00794818

Ward & Smith Law Firm
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: jw@jwfirm.com

Eric M. Albritton
Texas Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com

Arthur A Gasey
gasey@nshn.com
Raymond P Niro
rniro@nshn.com
Paul C Gibbons
gibbons@nshn.com
Joseph N Hosteny
hosteny@nshn.com
Douglas M Hall
dhall@nshn.com
David J Mahalek
mahalek@nshn.com
Niro, Scavone, Haller & Niro
181 W. Madison Street - Suite 4600
Chicago, Illinois  60602
(312) 236-0733 (telephone)
(312) 236-3137 (facsimile)

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on this the 24th day of March, 2008.

_/s/ Johnny Ward_
T. John Ward, Jr.