IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| IP INNOVATION L.L.C. and TECHNOLOGY LICENSING CORPORATION, | § § § § § § § § § § § | CASE NO. 2:07cv503-LED  JURY TRIAL DEMANDED |
|---|---|---|
| Plaintiffs, | | |
| v. | | |
| GOOGLE, Inc., | | |
| Defendant | | |

**UNOPPOSED MOTION TO WITHDRAW KAREN L. BLOUIN AS COUNSEL
FOR IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION**

Niro, Scavone, Haller & Niro, who appears on behalf of IP Innovation LLC and Technology Licensing Corporation ("Plaintiffs") as counsel in the above captioned case, hereby moves this court, pursuant to Local Rule CV-5(a)(2)(c), to permit Karen L. Blouin to withdraw from representing the Plaintiffs in this lawsuit.

Karen L. Blouin is leaving the employ of Niro, Scavone, Haller & Niro. Plaintiffs are not harmed in any way by this withdrawal, as attorneys Raymond P. Niro, Joseph N. Hosteny, Arthur A. Gasey, Paul C. Gibbons, Douglas M. Hall, and David J. Mahalek, who are attorneys at Niro, Scavone, Haller & Niro, and local counsel T. John Ward, Jr. of Ward & Smith Law Firm continue to represent Plaintiffs. Defendant consents to the request.

WHEREFORE, Niro, Scavone, Haller & Niro respectfully requests that the Court grant its motion to withdraw Karen L. Blouin from representation of Plaintiffs.

Date:  May 15, 2008                                        Respectfully Submitted,


 /s/ T. John Ward, Jr.
T. John Ward, Jr.
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone:  (903) 757-6400
Toll Free (866) 305-6400
Facsimile: (903) 757-2323

Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Douglas M. Hall
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733

ATTORNEYS FOR IP INNOVATION L.L.C.
and TECHNOLOGY LICENSING
CORPORATION

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with Mark Matuschak, counsel for Defendant Google, Inc. regarding the foregoing **UNOPPOSED MOTION TO WITHDRAW KAREN L. BLOUIN AS COUNSEL FOR IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION.** Counsel for Defendant is not opposed to the Motion.

/s/ T. John Ward, Jr.
T. John Ward, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **UNOPPOSED MOTION TO WITHDRAW KAREN L. BLOUIN AS COUNSEL FOR IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION** was filed with the Clerk of the Court on May 15, 2008 using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court.

David J. Beck
Texas Bar No. 00000070
dbeck@brsfinn.com
Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P. One Houston Center
1221 McKinney St., Suite 4500 Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

Mark G. Matuschak
Richard A. Goldenberg
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (Fax)

John H. Hintz
Victor F. Souto
Ross E. Firsenbaum
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (Fax)

Elizabeth I. Rogers
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6042

/s/ T. John Ward, Jr.
T. John Ward, Jr.