IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP INNOVATION L.L.C. and TECHNOLOGY LICENSING CORPORATION, | $ $ $ $ | CASE NO. 2:07cv503-LED |
| Plaintiffs, | $ $ | JURY TRIAL DEMANDED |
| v. | $ $ | |
| GOOGLE, Inc., | $ $ | |
| Defendant | $ | |

## ORDER

CAME ON TO BE CONSIDERED the Unopposed Motion to Withdraw Karen L. Blouin as Counsel for IP Innovation LLC and Technology Licensing Corporation. After consideration, the Court finds that the Motion should be GRANTED.

Therefore, IT IS ORDERED that Karen L. Blouin is permitted to withdraw as counsel for IP Innovation LLC and Technology Licensing Corporation effective the date of this order. IT IS FURTHER ORDERED that electronic notices sent in this case to Karen L. Blouin terminate effective the date of this order.

**So ORDERED and SIGNED this 19th day of May, 2008.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**