# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | § § § § § § § § § § § § § §  CASE NO. 2:07CV-503-LED<br><br>JURY TRIAL REQUESTED |

## NOTICE OF FILING OF PROPOSED DISCOVERY ORDER AND PROPOSED DOCKET CONTROL ORDER

Pursuant to the Court's May 15, 2008 Order, the Parties have reached an agreement on a Proposed Discovery Order (attached as Exhibit A) and Proposed Docket Control Order (attached as Exhibit B). The parties hereby submit the same for the Court's consideration.

Dated: May 30, 2008

Respectfully submitted,

By: /s/ Elizabeth I. Rogers
Elizabeth I. Rogers (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6042
(650) 858-6100 (FAX)

**COUNSEL FOR DEFENDANT
AND COUNTER-CLAIM PLAINTIFF
GOOGLE INC.**

LEAD ATTORNEY:

David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)


OF COUNSEL:

Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

Mark G. Matuschak (admitted *pro hac vice*)
Richard A. Goldenberg (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (Fax)

John H. Hintz (admitted *pro hac vice*)
Victor F. Souto (admitted *pro hac vice*)
Ross E. Firsenbaum (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (Fax)

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                              /s/ Elizabeth I. Rogers
                                              Elizabeth I. Rogers