IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC..,<br><br>Defendant . | Case No. 2:07cv503-LED<br><br>JURY TRIAL DEMANDED |

### PLAINTIFFS' NOTICE OF COMPLIANCE WITH INITIAL DISCLOSURES PURSUANT TO THE COURT'S DOCKET CONTROL ORDER AND DISCOVERY ORDER

COME NOW Plaintiffs and notify the Court and all parties of record that on June 16, 2008, the Plaintiffs served their initial disclosures as required by the Docket Control Order and Paragraph One of the Court's Discovery Order.

Date:  June 16, 2008                    Respectfully Submitted,

_____
T. John Ward, Jr.
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone:  (903) 757-6400
Toll Free (866) 305-6400
Facsimile: (903) 757-2323
Email:  jw@jwfirm.com

Eric M. Albritton
Texas Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397
Email:  ema@emafirm.com

Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Douglas M. Hall
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733

ATTORNEYS FOR IP INNOVATION L.L.C. and
TECHNOLOGY LICENSING CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 17th day of June, 2008.

T. John Ward, Jr.