IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, | ) ) ) | CASE NO. 2:07cv503-LED |
| Plaintiffs, | ) ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| GOOGLE, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

AND NOW, upon consideration of PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR INITIAL DISCLOSURES PURSUANT TO PATENT RULES 3-1 AND 3-2, and all papers and arguments submitted pursuant thereto, it is hereby ORDERED that:

1. Plaintiffs are granted leave to amend their initial disclosures pursuant to Local Patent Rule 3-1 and 3-2.

**So ORDERED and SIGNED this 21st day of July, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**