IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, | ) ) ) ) | CASE NO. 2:07cv503-LED |
| Plaintiffs, | ) ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| GOOGLE INC., | ) ) | |
| Defendant. | ) | |

**AGREED MOTION FOR LEAVE TO AMEND**
**DATE FOR COMPLETION OF MEDIATION**

Plaintiffs hereby move this Court to amend the June 5, 2008 Docket Control Order solely with respect to the date for completion of mediation from December 10, 2008 to January 31, 2009. In support this motion, the parties state as follows:

1. The parties have conferred with Ms. Hesha Adams (the mediator assigned to the case pursuant to the Docket Control Order).

2. Due to scheduling conflicts of the parties and the mediator, there were no mutually available dates for all the parties in either November or December (i.e., prior to the Docket Control Order deadline).

3. The parties and Ms. Abrams, however, have lined up January 21, 2009 at Ms. Abrams' office as an agreeable date to conduct a good faith mediation as required by the Docket Control Order.

4. Defendant Google has agreed to the filing of the present motion.

5. Therefore, for the reasons stated herein, Plaintiffs respectfully request this Court

amend the Docket Control Order solely with respect to the date for completion of mediation from December 10, 2008 to January 31, 2009.

Respectfully submitted,

/s/  Paul C. Gibbons
Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Douglas M. Hall
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733
Facsimile:  (312) 236-3137

T. John Ward
Ward & Smith
111 W. Tyler St.
Longview, Texas 75601
Telephone:  (903) 757-6400
Toll Free (866) 305-6400
Facsimile: (903) 757-2323

ATTORNEYS FOR IP INNOVATION L.L.C. and
TECHNOLOGY LICENSING CORPORATION

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **AGREED MOTION FOR LEAVE TO AMEND DATE FOR COMPLETION OF MEDIATION** was served electronically on the below listed on November 6, 2008.

| | |
|---|---|
| David J. Beck<br>Texas Bar No. 00000070<br>dbeck@brsfinn.com<br>Michael E. Richardson<br>Texas Bar No. 24002838<br>mrichardson@brsfirm.com<br>BECK, REDDEN & SECREST, L.L.P. One Houston Center<br>1221 McKinney St., Suite 4500 Houston, Texas 77010<br>(713) 951-3700<br>(713) 951-3720 (Fax) | Mark G. Matuschak<br>Richard A. Goldenberg<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>(617) 526-5000 (Fax) |
| John H. Hintz<br>Victor F. Souto<br>Ross E. Firsenbaum<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800<br>(212) 230-8888 (Fax) | Elizabeth I. Rogers<br>Anna T. Lee<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>(650) 858-6042<br>(650) 858-6100 (Fax) |

/s/ Paul C. Gibbons