IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, | ) ) ) | |
| | ) | CASE NO. 2:07cv503-LED |
| Plaintiffs, | ) ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| GOOGLE INC., | ) ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, upon consideration of AGREED MOTION FOR LEAVE TO AMEND DATE FOR COMPLETION OF MEDIATION, and all papers and arguments submitted pursuant thereto, it is hereby ORDERED that:

1. The Docket Control Order is amended solely with respect to the date for completion of mediation from December 10, 2008 to January 31, 2009.

**So ORDERED and SIGNED this 7th day of November, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**