IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, | ) ) ) | CASE NO. 2:07cv503-LED |
| Plaintiffs, | ) ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| GOOGLE INC., | ) ) | |
| Defendant. | ) | |

**ORDER**

Having reviewed the stipulation of the parties and for good cause shown, the Court hereby GRANTS the requested extensions, and sets the following extended deadlines:

1. The deadline for Plaintiffs' response brief to Google's Motion to Dismiss is extended to February 6, 2009;

2. The deadline for Google's reply brief is extended to February 20, 2009; and

3. The parties shall complete mediation by April 16, 2009.

**So ORDERED and SIGNED this 20th day of January, 2009.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**