UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND <br> TECHNOLOGY LICENSING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | § <br> § <br> § <br> § <br> § CASE NO. 2:07CV-503-LED <br> § <br> § JURY TRIAL REQUESTED <br> § <br> § <br> § |

## ORDER

On this day, the Court considered the Joint Motion to Extend Certain Deadlines for Discovery and Rebuttal Expert Witness Reports filed by Plaintiffs IP Innovation L.L.C. and Technology Licensing Corporation and Defendant Google Inc. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that:

(i) the parties will identify any expert witnesses expected to offer claim construction opinions in their July 13, 2009 Joint Statement without including a summary of each opinion to be offered by such experts at that time. Instead, Plaintiffs and Defendant will serve declarations setting forth each expert's claim construction opinions concurrently with their respective initial Markman Briefs and Supporting Evidence (August 24, 2009 for Plaintiffs, and September 7, 2009 for Defendant). The parties may conduct expert depositions concerning claim construction declarations after August 13, 2009 as long as they are completed by September 14, 2009;

(ii) the new deadline for serving rebuttal expert witness reports is December 16, 2009;

(iii) the new discovery deadline is January 15, 2010; and

(iv)  All other future deadlines remain as set forth in the Court's June 6, 2008 Updated Docket Control Order.

**So ORDERED and SIGNED this 4th day of May, 2009.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

1167.00003/431322.1