UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND<br>TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§ CASE NO. 2:07CV-503-LED<br>§<br>§ JURY TRIAL REQUESTED<br>§<br>§<br>§ |

## JOINT MOTION TO EXTEND DEADLINE FOR AMENDED PLEADINGS

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiffs IP Innovation L.L.C. and Technology Licensing Corporation ("Plaintiffs") and Defendant Google Inc. ("Defendant") file this joint motion and respectfully ask the Court to extend the deadline to file amended pleadings in this matter. Plaintiffs and Defendant would show the Court as follows:

1. The current deadline to file amended pleadings is **July 16, 2009**.

2. Plaintiffs and Defendant have agreed to hold a prosecuting attorney deposition relevant to this deadline on July 28, 2009, and accordingly have agreed to seek to extend the deadline to seven days after this deposition, which would result in a nineteen day extension of the deadline to file amended pleadings. Accordingly, Plaintiffs and Defendant respectfully request that this Court extend the deadline to file amended pleadings to **August 4, 2009**.

3. Plaintiffs and Defendant seek these extensions of time not for delay but for good cause and that justice may be served.

WHEREFORE, Plaintiffs and Defendant request that the Court:

(i) extend the deadline for filing amended pleadings until August 4, 2009.

Dated: July 14, 2009　　　　　　　Respectfully submitted,

By: /s/ Douglas M. Hall

Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Douglas M. Hall
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

T. John Ward
Ward & Smith
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Toll Free (866) 305-6400
Facsimile: (903) 757-2323

Eric M. Albritton
ema@emafirm.com
Attorney at Law
P.O. Box 2649
Longview, TX 75606
Telephone:　(903) 757-8449
Facisimile:　(903) 758-7397

**ATTORNEYS FOR PLAINTIFFS AND COUNTER-CLAIM DEFENDANTS IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION**

Respectfully submitted,

Dated: July 14, 2009

By: /s/ David J. Beck

David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

Mark G. Matuschak (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (Fax)

John M. Hintz (admitted *pro hac vice*)
Victor F. Souto (admitted *pro hac vice*)
Ross E. Firsenbaum (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (Fax)

Elizabeth Rogers Brannen (admitted *pro hac vice*)
Anna T. Lee (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6042
(650) 858-6100 (Fax)

**ATTORNEYS FOR DEFENDANT AND
COUNTER-CLAIM PLAINTIFF GOOGLE INC.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                            /s/ Michael E. Richardson
                                            Michael E. Richardson