UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, §§§§ Plaintiffs, § v. § GOOGLE INC., §§§ Defendant. | § CASE NO. 2:07CV-503-LED § § JURY TRIAL REQUESTED |

**ORDER**

On this day, the Court considered the Joint Motion to Extend Deadline for Amended Pleadings filed by Plaintiffs IP Innovation L.L.C. and Technology Licensing Corporation and Defendant Google Inc. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that:

(i) the new deadline for filing amended pleadings is August 4, 2009;

(ii) All other future deadlines remain as set forth in the Court's June 6, 2008 Updated Docket Control Order as Modified by the Court's Order of May 4, 2009.

**So ORDERED and SIGNED this 15th day of July, 2009.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

US1DOCS 7229713v1

Dockets.Justia.com