UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND<br>TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§ CASE NO. 2:07CV-503-LED<br>§<br>§ JURY TRIAL REQUESTED<br>§<br>§<br>§ |

## JOINT NOTICE REGARDING A PROPOSED TECHNICAL ADVISOR

Plaintiffs IP Innovation L.L.C. and Technology Licensing Corporation and Defendant Google Inc. respectfully file this Joint Notice Regarding a Proposed Technical Advisor pursuant to the Updated Docket Control Order dated June 6, 2008.

The parties hereby notify the Court that, after meeting and conferring, they agree that a technical advisor is not necessary for this case. If the Court disagrees, however, and is inclined to appoint a technical advisor, the parties request that they be given time to confer and submit one or more alternatives for the Court's consideration.

| Dated: July 23, 2009 | Respectfully submitted,<br><br>By: /s/ David J. Beck<br>    David J. Beck<br>    Texas Bar No. 00000070<br>    dbeck@brsfirm.com<br>    Michael E. Richardson<br>    Texas Bar No. 24002838<br>    mrichardson@brsfirm.com<br>BECK, REDDEN & SECREST, L.L.P.<br>One Houston Center<br>1221 McKinney St., Suite 4500<br>Houston, TX. 77010<br>(713) 951-3700<br>(713) 951-3720 (Fax) |
|---|---|

|  | Mark G. Matuschak (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>(617) 526-5000 (Fax) |
|---|---|
|  | John M. Hintz (admitted *pro hac vice*)<br>Victor F. Souto (admitted *pro hac vice*)<br>Ross E. Firsenbaum (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800<br>(212) 230-8888 (Fax) |
|  | Elizabeth Rogers Brannen (admitted *pro hac vice*)<br>Anna T. Lee (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>(650) 858-6042<br>(650) 858-6100 (Fax) |
|  | **ATTORNEYS FOR DEFENDANT AND COUNTER-CLAIM PLAINTIFF GOOGLE INC.** |

Dated: July 23, 2009

Respectfully submitted,

By: /s/ Douglas M. Hall
    Raymond P. Niro
    Joseph N. Hosteny
    Arthur A. Gasey
    Paul C. Gibbons
    Douglas M. Hall
    David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

T. John Ward
WARD & SMITH
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Toll Free (866) 305-6400
Facsimile: (903) 757-2323
Eric M. Albritton
ema@emafirm.com
Attorney at Law
P.O. Box 2649
Longview, TX 75606
Telephone:   (903) 757-8449
Facisimile:   (903) 758-7397

**ATTORNEYS FOR PLAINTIFFS AND COUNTER-CLAIM DEFENDANTS IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Michael E. Richardson
Michael E. Richardson