IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP INNOVATION, LLC, and <br> TECHNOLOGY LICENSING <br> CORPORATION | § <br> § <br> § <br> § | |
| Plaintiffs | § <br> § | CASE NO. 2:07 CV 503 <br> PATENT CASE |
| vs. | § <br> § | |
| GOOGLE, INC. | § <br> § | |
| Defendant | § | |

## ORDER

The Court **CONTINUE**S the July 29, 2009 hearing on Defendant's motion to dismiss (Docket No. 50) to September 2, 2009 at 9:30 a.m.

**So ORDERED and SIGNED this 27th day of July, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**