UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP INNOVATION L.L.C. AND<br>TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:07CV-503-LED<br><br>JURY TRIAL REQUESTED |

**JOINT MOTION TO EXTEND CLAIM CONSTRUCTION BRIEFING DEADLINES**

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiffs IP Innovation L.L.C. and Technology Licensing Corporation ("Plaintiffs") and Defendant Google Inc. ("Defendant") file this joint motion and respectfully ask the Court to extend by one week the claim construction briefing deadlines. Plaintiffs and Defendant would show the Court as follows:

1. Plaintiffs' opening *Markman* briefs are currently due *August 24, 2009*.

2. Defendant's responsive *Markman* brief is currently due *September 7, 2009*.

3. Plaintiffs' reply *Markman* briefs are currently due *September 21, 2009*.

4. Plaintiffs and Defendant seek to extend each of these deadlines by one week, so that they may have additional time during which to prepare their respective briefs following the conclusion of claim construction discovery. This requested extension does not apply to the *Markman* hearing date, which is scheduled for *October 1, 2009* or to the submission of the parties' joint claim construction chart on *September 24, 2009*.

5. Plaintiffs and Defendant seek these extensions of time not for delay but for good cause and that justice may be served.

WHEREFORE, Plaintiffs and Defendant request that the Court:

(i) extend the deadline for Plaintiffs to file their opening *Markman* briefs to *August 31, 2009*;

(ii) extend the deadline for Defendant to file its responsive *Markman* brief to *September 14, 2009*; and

(iii) extend the deadline for Plaintiffs to file their reply *Markman* brief to *September 28, 2009*.

Dated: July 27, 2009

Respectfully submitted,

By: /s/ Douglas M. Hall
    Raymond P. Niro
    Joseph N. Hosteny
    Arthur A. Gasey
    Paul C. Gibbons
    Douglas M. Hall
    David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137
T. John Ward
Ward & Smith
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Toll Free (866) 305-6400
Facsimile: (903) 757-2323

Eric M. Albritton
ema@emafirm.com
Attorney at Law
P.O. Box 2649
Longview, TX 75606
Telephone: (903) 757-8449
Facisimile: (903) 758-7397

**ATTORNEYS FOR PLAINTIFFS AND COUNTER-CLAIM DEFENDANTS IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION**

Dated: July 27, 2009

Respectfully submitted,

By: /s/ David J. Beck
    David J. Beck
    Texas Bar No. 00000070
    dbeck@brsfirm.com
    Michael E. Richardson
    Texas Bar No. 24002838
    mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

Mark G. Matuschak (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (Fax)

John M. Hintz (admitted *pro hac vice*)
Victor F. Souto (admitted *pro hac vice*)
Ross E. Firsenbaum (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (Fax)

Elizabeth Rogers Brannen (admitted *pro hac vice*)
Anna T. Lee (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6042
(650) 858-6100 (Fax)

**ATTORNEYS FOR DEFENDANT AND
COUNTER-CLAIM PLAINTIFF GOOGLE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Michael E. Richardson
Michael E. Richardson