# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION, LLC, and TECHNOLOGY LICENSING CORPORATION §§§§<br><br>Plaintiffs §<br><br>vs. §<br><br>GOOGLE, INC. §<br><br>Defendant § | CASE NO. 2:07 CV 503<br>PATENT CASE |

## ORDER

The Court **DENIES** the parties' joint motion to extend the claim construction briefing deadlines (Docket No. 62). The parties' motion would extend the briefing deadlines such that the reply brief is due the same week as the claim construction hearing is set. This will not allow the Court adequate time to review the parties' briefs.

As the parties did not submit the name of an agreed technical advisor, the Court is considering appointing Michael T. McLemore to the position. The Court **ORDERS** the parties to file any objections they have to Mr. McLemore no later than August 7, 2009.

**So ORDERED and SIGNED this 30th day of July, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**