# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, §§§§ | |
| Plaintiffs, § | |
| § | CASE NO. 2:07CV-503-LED |
| v. § | |
| § | JURY TRIAL REQUESTED |
| GOOGLE INC., §§ | |
| Defendant. § | |

## JOINT MOTION TO EXTEND DEADLINE FOR CLAIM CONSTRUCTION DISCOVERY AND FILING SUPPLEMENTAL JOINT CLAIM CONSTRUCTION STATEMENT

Plaintiffs IP Innovation L.L.C. and Technology Licensing Corporation ("Plaintiffs") and Defendant Google Inc. ("Defendant") hereby submit this joint motion regarding the timing of the deposition of Jock Mackinlay ("Mackinlay"), one of the named inventors on U.S. Patent No. 5,276,785.

Claim construction discovery is currently scheduled to close on August 13, 2009. On July 13, 2009, the parties filed a Joint Claim Construction Statement, wherein they agreed to file a supplemental statement to incorporate additional testimony gained through inventor depositions during claim construction discovery.

Google originally noticed Mr. Mackinlay's deposition for August 10th, and rescheduled it to August 11th in an attempt to accommodate a conflict of plaintiffs' counsel. At the request of plaintiffs' counsel, Google has agreed to depose Mr. Mackinlay on August 27, 2009, which will accommodate the schedules of Mr. Mackinlay and both parties.

This deposition date will not affect the *Markman* briefing or any other deadlines. It will allow Google to incorporate relevant testimony of Mr. Mackinlay into its opening *Markman* brief (due September 7, 2009), and will allow the plaintiffs to do so in their reply.

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court allow (a) Mr. Mackinlay's deposition to be held on August 27, 2009, after the currently scheduled close of claim construction discovery; and (b) the parties to file a supplemental joint claim construction statement to incorporate testimony from Mr. Mackinlay's deposition after the deposition occurs and prior to the submission of Google's opening *Markman* brief.

Dated: August 7, 2009  Respectfully submitted,

By: /s/ David J. Mahalek

Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Douglas M. Hall
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

T. John Ward
Ward & Smith
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Toll Free (866) 305-6400
Facsimile: (903) 757-2323

Eric M. Albritton
ema@emafirm.com
Attorney at Law
P.O. Box 2649
Longview, TX 75606
Telephone:   (903) 757-8449
Facisimile:   (903) 758-7397

ATTORNEYS FOR PLAINTIFFS AND COUNTER-CLAIM
DEFENDANTS IP INNOVATION L.L.C. AND
TECHNOLOGY LICENSING CORPORATION

Respectfully submitted,

Dated: August 6, 2009

By: <u>David J. Beck</u>

David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

Mark G. Matuschak (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (Fax)

John M. Hintz (admitted *pro hac vice*)
Victor F. Souto (admitted *pro hac vice*)
Ross E. Firsenbaum (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (Fax)

Elizabeth Rogers Brannen (admitted *pro hac vice*)
Anna T. Lee (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6042
(650) 858-6100 (Fax)

ATTORNEYS FOR DEFENDANT AND
COUNTER-CLAIM PLAINTIFF GOOGLE INC.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                              /s/ Michael E. Richardson
                                              Michael E. Richardson