UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND<br>TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§ CASE NO. 2:07CV-503-LED<br>§<br>§ JURY TRIAL REQUESTED<br>§<br>§<br>§ |

**ORDER**

On this day, the Court considered the Joint Motion to Extend Deadline for Claim Construction Discovery and Filing Supplemental Joint Claim Construction Statement. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that:

Mr. Mackinlay's deposition may be held on August 27, 2009, after the currently scheduled close of claim construction discovery; and

The parties may file a supplemental joint claim construction statement to incorporate testimony from Mr. Mackinlay's deposition after the deposition occurs and prior to the submission of Google's opening *Markman* brief.



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE