## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION, LLC, and § <br> TECHNOLOGY LICENSING § <br> CORPORATION § <br> § <br> Plaintiffs § <br> § <br> vs. § <br> § <br> GOOGLE, INC. § <br> § <br> Defendant § | CASE NO. 2:07 CV 503 <br> PATENT CASE |

## ORDER

Not having received any objections from the parties, the Court **APPOINTS** Michael T. McLemore to the position of technical advisor in this case, with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed.

**So ORDERED and SIGNED this 18th day of August, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**