UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, § § § | |
| Plaintiffs, § § | CASE NO. 2:07CV-503-LED |
| v. § § | JURY TRIAL REQUESTED |
| GOOGLE INC., § § | |
| Defendant. § | |

## UNOPPOSED MOTION TO CLARIFY DISPOSITIVE MOTION DEADLINE

Defendant Google Inc. ("Google") files this motion seeking clarification regarding the dispositive motion deadline, in support of which it would show as follows:

The Court has previously entered a Docket Control Order setting September 7, 2009 as the deadline for filing dispositive motions. September 7, 2009 is Labor Day. Google seeks clarification that the deadline for filing dispositive motions will be September 8, 2009.

Plaintiffs IP Innovation LLC and Technology Licensing Corporation ("Plaintiffs") are unopposed to this motion.

WHEREFORE, Google requests that the Court clarify that the deadline for filing dispositive motions is September 8, 2009.

Dated: August 25, 2009

Respectfully submitted,

By: /s/ David J. Beck
   David J. Beck
   Texas Bar No. 00000070
   dbeck@brsfirm.com
   Michael E. Richardson
   Texas Bar No. 24002838
   mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)
Mark G. Matuschak (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (Fax)

John M. Hintz (admitted *pro hac vice*)
Victor F. Souto (admitted *pro hac vice*)
Ross E. Firsenbaum (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (Fax)

Elizabeth Rogers Brannen (admitted *pro hac vice*)
Anna T. Lee (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6042
(650) 858-6100 (Fax)

**ATTORNEYS FOR DEFENDANT AND COUNTER-CLAIM PLAINTIFF GOOGLE INC.**

1167.00003/438600.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Michael E. Richardson
Michael E. Richardson

## CERTIFICATE OF CONFERENCE

Counsel for Google Inc., Elizabeth Rogers Brannen, has conferred with Counsel for Plaintiff IP Innovation L.L.C. and Technology Licensing Corporation, Doug Hall, regarding the foregoing motion and Plaintiffs are unopposed to same.

/s/ Elizabeth Rogers Brannen
Elizabeth Rogers Brannen