UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND<br>TECHNOLOGY LICENSING CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | §<br>§<br>§<br>§<br>§　CASE NO. 2:07CV-503-LED<br>§<br>§　JURY TRIAL REQUESTED<br>§<br>§<br>§ |

## ORDER

On this day, the Court considered the Amended Unopposed Motion to Clarify Deadline filed by Defendant Google Inc. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that the deadline for Google, Inc. to file its PR 4-5(b) brief is September 8, 2009.

**So ORDERED and SIGNED this 26th day of August, 2009.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE