# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

**DATE:** September 2, 2009

**JUDGE LEONARD DAVIS**  **COURT REPORTER:** Shea Sloan

**Law Clerks**: Natalie Alfaro

| | |
|---|---|
| **IP Innovation, LLC, et al**<br>    **Plaintiff**<br><br>vs.<br><br>**Google, Inc.**<br>    **Defendant** | **CIVIL ACTION NO**: **2:07-CV-503**<br><br>Motion Hearing (Dkt #50) |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYs FOR DEFENDANTS |
|---|---|
| Johnny Ward (Ward & Smith)<br>David Mahalek (Niro Scavone Haller) | Mark Matuschak (Wilmer Cutler)<br>Elizabeth Brannen (Wilmer)<br>Brad Coffey (Beck Redden Secrest)<br>John LaBarre (Google) |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 9:30 am                                                        **ADJOURN:** 10:05 am

| TIME: | MINUTES: |
|---|---|
| 9:30 am | Case called. Mr. Ward & Mr. Mahalek announced ready for plaintiff. Mr. Matuschak, Ms. Brannen, Mr. Coffey & Mr. LaBarre announced ready for Defendant. |
| | Court addressed the parties on the Motion. |
| | Mr. Matuschak presented Motion to Dismiss (Dkt #50). |
| | Mr. Mahalek responded. |
| | Mr. Matuschak replied. Mr. Mahalek further responded. |
| | Court thanked the parties and will get a ruling to the parties as soon as possible. |
| 10:05 am | There being nothing further, Court adjourned. |

**DAVID J. MALAND, CLERK**

**FILED: 09.02.2009**

BY: *Rosa L. Ferguson*, Courtroom Deputy