UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND<br>TECHNOLOGY LICENSING CORPORATION,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>        Defendant. | CASE NO. 2:07CV-503-LED<br><br>JURY TRIAL REQUESTED |

## SUPPLEMENTAL JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to the Court's August 10, 2009 Order, Plaintiffs IP Innovation L.L.C. and Technology Licensing Corporation and Defendant Google Inc. file this Supplemental Joint Claim Construction and Prehearing Statement concerning U.S. Patent Nos. 5,276,785 (the '785 patent). Pursuant to the Court's August 10, 2009 Order, the deposition of named '785 patent inventor Jock Mackinlay took place after the parties filed their initial Joint Claim Construction and Prehearing Statement. The parties respectfully submit this supplemental statement to identify the portions of Dr. Mackinlay's testimony on which they will rely to support their respective proposed constructions.

**Google's Supplemental Statement**

Google will rely on the following testimony of Dr. Mackinlay to support its proposed constructions for the following disputed claim terms, phrases, or clauses of the '785 patent:

- point of interest (claims 52 and 55): (Mackinlay Dep. 195:17-196:5.)

1

- viewpoint coordinate data (claims 1 and 52): (Mackinlay Dep. 195:17-196:5.)

- user input means for providing signals (claim 52): (Mackinlay Dep. 195:17-196:5.)

- the user can request viewpoint motion and point of interest motion independently (claim 52): (Mackinlay Dep. 143:20-25, 145:7-25, 146:11-147:7)

- viewpoint motion (claims 1, 28, 42, 52 and 55): (Mackinlay Dep. 143:12-14, 143:16-19, 195:17-196:5.)

- point of interest motion (claim 52): (Mackinlay Dep. 195:17-196:5.)

- ray (claim 55): (Mackinlay Dep. 195:17-196:5.)

**Plaintiffs' Supplemental Statement**

Plaintiffs may rely on the following testimony of Dr. Mackinlay to support Their proposed constructions for the following disputed claim terms, phrases, or clauses of the '785 patent:

- user input means for providing signals (claim 52): Mackinlay Dep. at 52:2-24, 109:1-25, 111:4-12, 214:7-216:11, 221:8-222:2

- motion requesting signal set (claim 52): Mackinlay Dep. at 52:2-24, 109:1-25, 111:4-12, 214:7-216:11, 221:8-222:2

- the user can request viewpoint motion and point of interest motion independently (claim 52): 56:2-16

- viewpoint motion (claims 1, 28, 42, 52 and 55): Mackinlay Dep. at 46:6-24, 56:2-16

The parties expressly reserve the right to rely on any intrinsic and extrinsic evidence identified by the other party, and any evidence obtained, or that may be obtained, through claim construction discovery. The parties expressly reserve the right to amend, correct, or supplement their claim construction positions and supporting evidence in response to any change of position by the other party, in response to information received through claim construction discovery, including inventor depositions and expert depositions concerning claim construction declarations, or for other good cause.

Dated: September 4, 2009

Respectfully submitted,

By: */s/ David J. Mahalek*
Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Douglas M. Hall
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

T. John Ward
Ward & Smith
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Toll Free (866) 305-6400
Facsimile: (903) 757-2323

Eric M. Albritton
ema@emafirm.com
Attorney at Law
P.O. Box 2649
Longview, TX 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

**ATTORNEYS FOR PLAINTIFFS AND COUNTER-CLAIM DEFENDANTS IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION**

Dated: September 4, 2009

Respectfully submitted,

By: /s/ *David J. Beck*
David J. Beck
Texas Bar No. 00000070
dbeck@brsfirm.com
Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)

Mark G. Matuschak (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (Fax)

John M. Hintz (admitted *pro hac vice*)
Victor F. Souto (admitted *pro hac vice*)
Ross E. Firsenbaum (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (Fax)

Elizabeth Rogers Brannen (admitted *pro hac vice*)
Anna T. Lee (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6042
(650) 858-6100 (Fax)

**ATTORNEYS FOR DEFENDANT AND COUNTER-CLAIM PLAINTIFF GOOGLE INC.**

US1DOCS 7284752v1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Brad Coffey*
Brad Coffey

US1DOCS 7284752v1