# EXHIBIT A

TO PLAINTIFFS' P.R. 4-5(c)
REPLY BRIEF REGARDING
CLAIM CONSTRUCTION

| Claim Element | Google Original Construction | Google Revised Construction |
|---|---|---|
| "the user can request viewpoint motion and point of interest motion independently" | **A** user can request viewpoint and point of interest motion separately **through different user input devices** | **The** user can request viewpoint and point of interest motion separately **and simultaneously** |
| "user input means for providing signals" | Structure: **any two of a** computer keyboard or its equivalent, a computer mouse or its equivalent, or a VPL glove or its equivalent<br><br>Function: providing signals | Structure**: one or more user input devices that provide separate signals based on actions of a user, such as** a keyboard, a mouse, or **a multidimensional input device such as** a VPL glove or other input device and each of their equivalents<br><br>Function: providing signals **requesting viewpoint motion and point of interest motion** |
| "motion requesting signal set" | A group of commands indicating a point of interest and **requesting** viewpoint motion relative to the indicated point of interest | A group of commands indicating a point of interest **motion** and a viewpoint motion relative to the point of interest |