# EXHIBIT D

## TO PLAINTIFFS' P.R. 4-5(c) REPLY BRIEF REGARDING CLAIM CONSTRUCTION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

IP INNOVATION, LLC., and         )
TECHNOLOGY LICENSE               )
CORPORATION,                     )
               Plaintiff,   )No.
vs.                              )2:07-CV-503-LED
GOOGLE, INC.,                    )
              Defendant.     )
_____)


VIDEOTAPED TELEPHONIC DEPOSITION OF

HINRICH SCHUETZE

Palo Alto, California

Tuesday, February 24, 2009

HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY




REPORTED BY:

JAY W. HARBIDGE

CSR NO. 4090

## Page 66

1  A. Yes.
2  Q. What does that mean, a data structure?
3  MR. HALL: Objection, the patent speaks
4  for itself.
5  THE WITNESS: I mean, in the simplest
6  case it could be just a list. I mean, well, I guess
7  an array of words, the words that are covered in the
8  thesaurus, and each array element is appointed to a
9  list and the list contains all related words. That
10 might be the simplest data structure you could think
11 of.
12 BY MR. HINTZ:
13 Q. Can the data structure also take the
14 form of a matrix?
15 A. Potentially. But I mean, I would think
16 that that's not what's meant here. But I mean, if
17 you really want to, of course you can -- what I just
18 said, you can represent that as a matrix. But that
19 would be a very inefficient data structure to use
20 for what I just described.
21 Q. Why is that?
22 A. Because if you have, let's say, 100,000
23 words, or let's say a million words, then you have a
24 matrix with one million times one million entries
25 and most of them would be zeros. So why -- the

## Page 67

1  zeros would be useless. So why represent all those
2  zeros if you can just use a list?
3  Q. The patent that you have, the '819
4  patent, in column one, line 9 to 12 says:
5  "More particularly, this invention
6  determines the cooccurrence patterns of words
7  in a document to form a thesaurus of word
8  vectors."
9  Do you see that?
10 A. Yes.
11 Q. What form is the thesaurus in that is
12 referred to here?
13 A. I mean, it's kind of a subtle
14 distinction, and maybe I'm contradicting what the
15 patent says here. But I mean, the way the list is
16 computed is by computing the similarity between a
17 word and all the other words, and those words are
18 represented as vectors. But then what you actually
19 use is just that rank list.
20 So the matrix is the representation that
21 you derive the thesaurus from. But I don't remember
22 particular methods for applying the thesaurus are
23 given here. But I mean, the simplest way of
24 applying the thesaurus is to say, "Okay, I have a
25 word here. The thesaurus tells me that this other

## Page 68

1  word is equivalent, so I can substitute it." So for
2  that you need a list, is the simplest way of doing
3  that.
4  So, I mean, reading this now, I would
5  interpret this as saying this is just describing how
6  you get to that list and -- yeah. Because once you
7  have that rank list, even though you used the word
8  vectors to compute the rank list, you actually don't
9  use the word vectors anymore. I mean, you can, of
10 course in some cases, use them, but if you're
11 strictly talking about thesaurus in the literal
12 sense of the word, then I think it's more of a list.
13 Q. We just introduced this term "vectors,"
14 or perhaps it's even been something you've talked
15 about before now. But in this column one, the last
16 word of the first paragraph, in about line 11 or 12
17 there is "vectors," and it's in relation to "word
18 vectors."
19 What is a vector?
20 MR. HALL: Objection, calls for
21 speculation.
22 THE WITNESS: I mean, the assumption
23 here is that you have a high-dimensional space, and
24 in this case the high-dimensional space is a space
25 in which each dimension corresponds to a word. And

## Page 69

1  then in a high-dimensional space you have points.
2  And then you have a vector pointing to that point, I
3  mean, kind of the line connecting the origin with
4  that point. And so that's the word vector.
5  BY MR. HINTZ:
6  Q. Now, the way you described it, that's a
7  graphical representation of a vector?
8  A. Yes.
9  Q. Is there also a numeric or mathematical
10 representation?
11 A. The mathematical representation is that
12 you take the point and its coordinants and you list
13 all the coordinants. So that's the -- in that case
14 it's a vector of numbers.
15 Q. In column one, lines 16 to 18, I'll
16 paraphrase, but you're referring to prior systems
17 where the usual approach was to use vectors. Do you
18 see that?
19 A. Yes.
20 Q. So the use of vectors in information
21 retrieval had been around for a long time before --
22 A. For a long time, yes.
23 MR. HINTZ: Let me hand you what the
24 reporter will mark as Exhibit 7.
25 //

## Page 86

1  Q. Prior to filing the application?
2  A. I think so, yes.
3  Q. At the time you did that work, did you
4  reach any conclusion about whether tri-grams or
5  fourgrams were better, one compared to the other, as
6  far as performance of what you were trying to do?
7  A. I think what I found was that fourgrams
8  were better than three-grams.
9  Q. Prior to filing your patent application,
10 did you ever determine whether fourgrams were better
11 than using actual words in performing the functions
12 that are described in your patent?
13 A. I think my sense was that words are
14 better than N-grams for a carefully edited text like
15 the New York Times. But if you have many spelling
16 errors or OCR output, then letter N-grams have some
17 advantages.
18 Q. So when we're looking at the Summary of
19 the Invention in this column four and we talked
20 about the two steps, the second step was coming up
21 with a similarity measure, and the one example that
22 we've looked at was cosign function --
23 A. Uh-huh.
24 Q. -- were there other similarity measures
25 that you investigated prior to filing your patent

## Page 87

1  application?
2  A. I mean, so I mean, it depends a little
3  bit on how you -- what division of labor you assume
4  between the vectors and the similarity measure
5  because, I mean, just to give you an example,
6  usually it's not a good idea to use counts in the
7  vectors, simple counts like five, six, seven or ten.
8  Usually it is better to transform them using a
9  function like square root or logarithm.
10    So I did experiments on which
11 transformation of the count was the best thing to
12 do. But I mean, the ultimate measure that was used
13 on, you know, the post-transformation vectors was
14 always the cosign, as far as I remember.
15 Q. What do you mean that you did
16 experiments on which transformations were the best?
17 A. I think I did experiments on both using
18 either logarithm or square root and looked at what
19 happened.
20 Q. And this was prior to filing your
21 application?
22 A. Yes.
23 Q. What did you conclude?
24 A. I don't think there was a clear
25 conclusion. It didn't seem to matter. But counts

## Page 88

1  are definitely bad. Don't use counts directly.
2  Q. So prior to filing your application, you
3  knew that either log or square root would be better
4  than just using a straight count?
5  A. Yes.
6  Q. Now, the cosign calculation that's used
7  to determine similarity, when the math is all done,
8  does that result in a number?
9  A. Yes.
10 Q. A decimal? Well, I guess it could be --
11 A. A number between minus-one and one.
12 Q. So there are negative correlations?
13 A. There are negative correlations, yes. I
14 mean, I'm not sure whether the work described here
15 would ever lead to negative correlations, but in
16 some setups you do have negative correlations.
17 Q. So when one is performing a comparison
18 using the cosign function on two objects, whatever
19 they are, is it the closer the number is to the
20 number one means the closer those objects are to
21 each other, the more similar they are?
22 A. The more similar, yes.
23 Q. So that the most similar would yield --
24 the ultimate score, if you will, would be one?
25 A. Yes.

## Page 89

1  Q. And the farther away you are from one is
2  the less similar?
3  A. Correct.
4  Q. Did you, prior to filing your
5  application, do any kind of analysis or experiments
6  to determine what number led to a conclusion that
7  items were similar or dissimilar, whether there was
8  a cutoff, point .75, .6, .5? Did you ever do that
9  kind of work?
10 A. I don't recall.
11    MR. HINTZ: This is probably a good time
12 for us to break for lunch. Mr. Hall, is that okay
13 with you?
14    MR. HALL: That's fine with us.
15    MR. HINTZ: Okay.
16    MR. HALL: For planning, how long do you
17 think you're going to go before we get a chance in
18 the afternoon? I know you're not -- I'm not going
19 to hold you to it.
20    MR. HINTZ: No, no, no. That's a
21 legitimate question. I think it could be another
22 hour and a half or so, maybe two hours.
23    MR. HALL: Okay.
24    THE VIDEOGRAPHER: Going off the record,
25 the time is 12:14 p.m.

## Page 122

1  A. Correct.
2  MR. HINTZ: I think we're about to run
3  out of recording time, so we should probably take a
4  break so that can be switched.
5  THE VIDEOGRAPHER: We're going off the
6  record, the time is 1:54 p.m.
7  (Brief recess.)
8  THE VIDEOGRAPHER: Back on the record,
9  the time is 2:06 p.m.
10 BY MR. HINTZ:
11 Q. If you would look in Exhibit 10, the
12 second page, item 2, Related Work, the fifth line
13 says:
14 "Gallant, G-a-l-l-a-n-t (1991), Gallant,
15 et al., (1992) present a less labor-intensive
16 method based on microfeatures, but the
17 features for core stems still have to be
18 encoded by hand for each new document
19 collection. The derivation of the word space
20 presented here is fully automatic. It also
21 uses feature vectors to represent words, but
22 the features cannot be interpreted on their
23 own."
24 Do you see that?
25 A. Yes.

## Page 123

1  Q. What did you mean by "the features
2  cannot be interpreted on their own"?
3  A. I think I was referring to the fact that
4  if you do a singular value decomposition, then you
5  get a reduced space with fewer dimensions. But the
6  dimensions in that reduced space are -- I mean,
7  that's my opinion. The opinions expressed in the
8  paper are not interpretable anymore. They don't
9  have any pure semantic content. The aggregate
10 patterns of all of them together means something,
11 but not the features individually.
12 Q. And then another distinction you pointed
13 out here was that Gallant encodes things by hand
14 whereas word space is automatic; is that right?
15 A. Right.
16 Q. The next sentences say:
17 "The Vector similarity is the only
18 information present in word space:
19 Semantically related words are close,
20 unrelated words are distant. The emphasis on
21 semantic similarity rather than decomposition
22 into interpretable features is similar to
23 Kawamoto (1998)."
24 Do you see that?
25 A. Yes.

## Page 124

1  Q. What is Kawamoto?
2  A. He's a cognitive scientist, and I was
3  kind of inspired by his work when I first started
4  working on this.
5  Q. And the reference on the page that I
6  just read, the Kawamoto paper, is listed on the last
7  page of Exhibit 10; is that right?
8  A. Yes.
9  Q. Did you provide that paper by Kawamoto
10 to your attorneys who worked on your patent
11 application that led to the '819 patent?
12 A. I don't remember.
13 Q. Did you provide the word space paper,
14 Exhibit 10, to the attorneys who worked on your
15 patent application that led to the '819 patent?
16 A. I don't remember if I did or not.
17 Q. If we could go back to the Dimensions of
18 Meaning paper quickly, I forgot to ask something.
19 It's Exhibit 9.
20 On page 6, where section four begins,
21 under 4.1, Window Size, there was a reference in the
22 sentence that I read to a context vector, and I
23 neglected to ask you what that means in this paper.
24 What does context vector mean as used here?
25 A. I think I've used different definitions

## Page 125

1  of it over time, so I should probably try and find
2  the place where it's introduced. I mean, I think it
3  refers to the sum of vectors in that window, so you
4  take the vectors of the words occurring in that
5  window and you sum them and then you get the context
6  vector.
7  Q. Okay. And that -- I'm glad you
8  mentioned how it might be used differently.
9  If you look back in the patent, Exhibit
10 3, column five --
11 A. Yes.
12 Q. -- line 5 to 7, is that a definition of
13 context vector there? I should be specific, a
14 context vector for a particular document?
15 A. I mean, it's a definition of context
16 vector, yes.
17 Q. And it is defined as the weighted sums
18 of the thesaurus vectors of all the words contained
19 in the document, right?
20 A. I guess I'm puzzled why it would be
21 plural. It would make sense to me if it just said,
22 "The context vector is the sum of the 50 thesaurus
23 vectors." I'm not sure what is referred to by the
24 combination of the weighted sums.
25 Q. If you'd look in column 17 of the '819

1  patent, lines 16 through 20, it says:
2  "The document vectors that are computed
3  are called 'context vectors.' The simplest
4  approach is to represent each document by a
5  vector, which is the sum of the thesaurus
6  vectors for the words in its text."
7  Do you see that?
8  A. Yes.
9  Q. Is that the definition of "context
10 vector" that you were just referring to?
11 MR. HALL: Objection, calls for
12 speculation.
13 THE WITNESS: It's different, though,
14 slightly from what is -- what we just looked at in
15 the paper, right, because this is a vector of
16 context; this is the vector of a document. But
17 they're computed the same way, if that's what you're
18 asking.
19 BY MR. HINTZ:
20 Q. I was just going back to when you
21 commented that the description in column five did
22 not seem accurate to you --
23 A. I didn't say that.
24 Q. Okay, I'm sorry.
25 A. It doesn't make sense to me and it is

1  different from -- it seems different to me from what
2  you just pointed to. But where was that again?
3  Q. It's column 17, lines 16 to 20, or
4  column five, line 4 to 7.
5  A. So column 17, lines 16 through 20,
6  column 17, lines 16 through 20, that, I understand
7  as a definition of "context vector." I'm not sure I
8  understand column five, but this is referred to as a
9  combination of the weighted sums of the thesaurus
10 vectors.
11 Q. Is the description in column five, lines
12 5 to 7, inaccurate, to your understanding?
13 A. No.
14 MR. HALL: Objection to the use of the
15 word "inaccurate." It's vague.
16 THE WITNESS: It's different -- I would
17 think it is different from what is said in the other
18 passage.
19 BY MR. HINTZ:
20 Q. All right. Well, this is in your
21 patent. I'm trying to understand what "context
22 vector" means, and do you agree with either
23 definition that we've looked at?
24 A. I agree with the second.
25 Q. Okay.

1  A. Maybe the patent gives two different
2  definitions.
3  Q. In your work in the early to mid 1990s,
4  did you work with weighted sums of vectors?
5  A. Yes.
6  Q. I'm using some of the words in column
7  five.
8  A. Yes, I did work with weighted sums of
9  vectors.
10 Q. And what type of work did you do with
11 weighted sums?
12 A. The weighting would come about through a
13 weighting function on the window where the vectors
14 closest to the center word would be rated higher
15 than the vectors further apart from the word in the
16 middle when computing context vectors.
17 Q. What results did that weighting provide
18 in your work in your research?
19 A. My recollection is that I did a lot of
20 experiments on that in the beginning, but then I
21 later found that it actually didn't make a lot of
22 difference, so I just used uniform weighting at some
23 point.
24 But I mean, looking back at this
25 supercomputing paper, the '92 paper, it seems like I

1  don't remember a lot of things that I did. So -- I
2  mean, I'm looking at the window sizes here. I guess
3  it has pretty detailed experimental results on that.
4  And it also has -- you can actually see in Fig. 5 of
5  the supercomputing paper the optimal dimension
6  weights for -- oh, no, that's dimensions. That's
7  different, sorry.
8  I'm just looking whether there are
9  numbers on weights within a window or -- I don't
10 think I published that. I'm not sure.
11 Q. I'd like to go back and talk about the
12 time before your patent application was filed and
13 talk about the work that you were doing.
14 You said earlier how Mr. Pedersen wanted
15 you to file a patent application.
16 A. Yes.
17 Q. And did you write up a description of
18 your work to be used as part of that process?
19 A. I think I did, yes.
20 Q. Do you remember an invention proposal?
21 A. I don't remember that.
22 Q. Let me show you a document that was
23 produced, I believe, by Xerox, and it will be marked
24 as Exhibit 11.
25 //

| Page 186 | Page 188 |
|---|---|
| 1 understanding?<br>2 A. Yes, I guess -- I mean, I haven't been<br>3 involved in the patent process for a number of years<br>4 now, but I think that's what I -- what I remember,<br>5 yes.<br>6 Q. And if you could, turn to the column<br>7 five of your '819 patent, line 66.<br>8 A. Yes.<br>9 Q. It states, beginning on line 66:<br>10 "While this invention is described in<br>11 some detail herein, with specific reference to<br>12 illustrated embodiments, it is to be<br>13 understood that there is no intent to be<br>14 limited to these embodiments. On the<br>15 contrary, the aim is to cover all of the<br>16 modifications, alternatives and equivalents<br>17 falling within the spirit and scope of the<br>18 invention as defined by the claim."<br>19 So you understand, sir, that some of the examples of<br>20 embodiments that Mr. Hintz was taking you through<br>21 are not the only ones that your inventions could<br>22 cover; is that correct?<br>23 A. I mean, I think that sounds correct to<br>24 me.<br>25 Q. Maybe we can go through a couple of | 1 Q. It's Schuetze Exhibit 4. Actually, have<br>2 you ever seen it before?<br>3 A. I don't recall having seen it.<br>4 MR. HALL: All right. Let's take five<br>5 or ten minutes and I should be able to wrap up in<br>6 about a half hour.<br>7 MR. HINTZ: Great.<br>8 THE VIDEOGRAPHER: Going off the record,<br>9 the time is 4:30 p.m.<br>10 (Brief recess.)<br>11 THE VIDEOGRAPHER: Back on the record,<br>12 the time is 4:42 p.m.<br>13 BY MR. HALL:<br>14 Q. Dr. Schuetze, could you turn in your<br>15 patent, which is Schuetze Exhibit No. 3.<br>16 A. Yes.<br>17 Q. Please turn to column 24.<br>18 A. Yes.<br>19 Q. And about on line 37, it begins, it<br>20 says, "I claim."<br>21 A. Yes.<br>22 Q. You understand that from that point on<br>23 in your patent, it has the claims of your patent,<br>24 correct?<br>25 A. Yes. |
| Page 187 | Page 189 |
| 1 those.<br>2 A. Okay, all right.<br>3 Q. With respect to a corpus, a corpus of<br>4 documents can be defined by whoever sets up the<br>5 particular system; is that correct?<br>6 A. That's correct.<br>7 Q. But for example, in a Google search<br>8 system, Google would determine what the corpus of<br>9 documents is; is that correct?<br>10 A. Whoever applies the plan would determine<br>11 what the corpus is, correct.<br>12 Q. So in your '819 patent, a corpus of<br>13 documents would not have to be limited to a<br>14 particular subject; is that correct?<br>15 A. That's correct.<br>16 Q. Sir, when was the last time you read the<br>17 file history in this case, or the file wrapper as we<br>18 discussed?<br>19 A. I'm sorry, could you repeat the<br>20 question, please?<br>21 Q. Yes, I was asking when was the last time<br>22 you read the file wrapper or the file history in<br>23 this case?<br>24 A. What's the file wrapper, the file<br>25 history? | 1 Q. And you have written patent claims<br>2 before; is that correct?<br>3 A. Yes.<br>4 Q. And you understand that your patent<br>5 claims are what define your invention?<br>6 A. Yes.<br>7 Q. And so do you understand with respect to<br>8 Claim 1, your invention is the combination of all<br>9 those elements as written in patent Claim 1; is that<br>10 correct?<br>11 A. Yes.<br>12 Q. And your invention is the combination of<br>13 those elements even if one or more of those elements<br>14 were already known in the public; is that correct?<br>15 A. Yes.<br>16 Q. All right. Counsel for Google earlier<br>17 talked a lot about singular value --<br>18 A. Decomposition.<br>19 Q. -- decomposition. Do you see the phrase<br>20 "singular value decomposition" in paragraph one?<br>21 A. Give me a minute to read the claim.<br>22 Q. Okay.<br>23 A. No, in Claim 1 it doesn't mention<br>24 singular value decomposition.<br>25 Q. All right. Could you turn to column 25, |

U.S. LEGAL SUPPORT