# EXHIBIT A

# DISPUTED TERMS FROM THE '819 PATENT

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 1. A method, using a processor and memory, for generating a **thesaurus** of word vectors based on lexical co-occurrence of words within documents of a corpus of documents, the corpus stored in the memory, the method comprising:<br><br>retrieving into the processor a retrieved word from the corpus;<br><br>recording a number of times a co-occuring word co-occurs in a same document within a predetermined range of the retrieved word;<br><br>repeating the recording step for every co-occurring word located within the predetermined range for each occurrence of the retrieved word in the corpus; | "thesaurus" (Claims 1, 25, 27, 28, 31) | A data structure that defines semantic relatedness between words. It is typically used in information retrieval to expand search terms with other closely related words. Even if the thesaurus is not explicitly computed, the mapping performed by query expansion explicitly defines a thesaurus. | A data structure that defines semantic relatedness between words | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| generating a word vector for the word based on every recorded number;<br><br>repeating the retrieving, recording, recording repeating and generating steps for each word in the corpus, and<br><br>storing the generated word vectors in the memory as the **thesaurus**. | | | | |
| 25. A method, using a processor and memory, for determining relevant documents in a corpus of documents, the memory including a **thesaurus** of word vectors and a context vector for each document, the word vectors based on co-occurrence of words within each of the documents of the corpus of documents and each context vector based on the word vectors from the **thesaurus** for each word located in the corresponding document, the method comprising: | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| inputting a query; | | | | |
| generating a context vector for the query based on the word vectors from the **thesaurus** for each word in the query; | | | | |
| determining a correlation coefficient for each document based on the context vectors for that document and the query; | | | | |
| ranking each document based on the determined correlation coefficients; and | | | | |
| outputting the ranking for at least one of the documents. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 1. A method, using a processor and memory, for generating a thesaurus of **word vectors** based on lexical co-occurrence of words within documents of a corpus of documents, the corpus stored in the memory, the method comprising:<br><br>retrieving into the processor a retrieved word from the corpus;<br><br>recording a number of times a co-occurring word co-occurs in a same document within a predetermined range of the retrieved word;<br><br>repeating the recording step for every co-occurring word located within the predetermined range for each occurrence of the retrieved word in the corpus;<br><br>generating a **word vector** for the word based on every recorded | "word vector" (Claims 1, 25, 27, 28, 31) | A representation corresponding to co-occurrence patterns and relationships between words. The word vectors represent co-occurrence patterns and relationships between word neighbors. | A column or row of numbers with each number representing the number of times a particular word co-occurs with each other word within a range of words in a corpus of documents; also known as a "thesaurus vector" | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| number; | | | | |
| repeating the retrieving, recording, recording repeating and generating steps for each word in the corpus, and | | | | |
| storing the generated **word vectors** in the memory as the thesaurus. | | | | |
| 25. A method, using a processor and memory, for determining relevant documents in a corpus of documents, the memory including a thesaurus of **word vectors** and a context vector for each document, the word vectors based on co-occurrence of words within each of the documents of the corpus of documents and each context vector based on the **word vectors** from the thesaurus for each word located in the corresponding document, the method comprising: | | | | |
| inputting a query; | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| generating a context vector for the query based on the **word vectors** from the thesaurus for each word in the query; | | | | |
| determining a correlation coefficient for each document based on the context vectors for that document and the query; | | | | |
| ranking each document based on the determined correlation coefficients; and | | | | |
| outputting the ranking for at least one of the documents. | | | | |

6

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 1. A method, using a processor and memory, for generating a thesaurus of word vectors based on **lexical co-occurrence** of words within documents of a corpus of documents, the corpus stored in the memory, the method comprising:<br><br>retrieving into the processor a retrieved word from the corpus;<br><br>recording a number of times a co-occuring word co-occurs in a same document within a predetermined range of the retrieved word;<br><br>repeating the recording step for every co-occurring word located within the predetermined range for each occurrence of the retrieved word in the corpus;<br><br>generating a word vector for the word based on every recorded | "lexical co-occurrence" (Claim 1) | Two or more words or terms which appear in text within some distance of each other. Two terms lexically co-occur if they appear in text within some distance of each other. | The appearance of two words within a specified range of each other | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| number; | | | | |
| repeating the retrieving, recording, recording repeating and generating steps for each word in the corpus, and | | | | |
| storing the generated word vectors in the memory as the thesaurus. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 1. A method, using a processor and memory, for generating a thesaurus of word vectors based on lexical co-occurrence of words within documents of a **corpus of documents**, the corpus stored in the memory, the method comprising: | "corpus of documents" (Claims 1, 25, 27, 28, 31) | A collection of documents which are available to an information retrieval system. | A collection of documents on a particular subject matter or from a particular source | |
| retrieving into the processor a retrieved word from the corpus; | | | | |
| recording a number of times a co-occuring word co-occurs in a same document within a predetermined range of the retrieved word; | | | | |
| repeating the recording step for every co-occurring word located within the predetermined range for each occurrence of the retrieved word in the corpus; | | | | |
| generating a word vector for the word based on every recorded | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| number; | | | | |
| repeating the retrieving, recording, recording repeating and generating steps for each word in the corpus, and | | | | |
| storing the generated word vectors in the memory as the thesaurus. | | | | |
| 25. A method, using a processor and memory, for determining relevant documents in a **corpus of documents**, the memory including a thesaurus of word vectors and a context vector for each document, the word vectors based on co-occurrence of words within each of the documents of the **corpus of documents** and each context vector based on the word vectors from the thesaurus for each word located in the corresponding document, the method comprising: | | | | |
| inputting a query; | | | | |
| generating a context vector for | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| the query based on the word vectors from the thesaurus for each word in the query; | | | | |
| determining a correlation coefficient for each document based on the context vectors for that document and the query; | | | | |
| ranking each document based on the determined correlation coefficients; and | | | | |
| outputting the ranking for at least one of the documents. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 1. A method, using a processor and memory, for generating a thesaurus of word vectors based on lexical co-occurrence of words within documents of a corpus of documents, the corpus stored in the memory, the method comprising:<br><br>retrieving into the processor a retrieved word from the corpus;<br><br>recording a number of times a co-occuring word co-occurs in a same document within a predetermined **range** of the retrieved word;<br><br>repeating the recording step for every co-occurring word located within the predetermined **range** for each occurrence of the retrieved word in the corpus;<br><br>generating a word vector for the word based on every recorded number; | "range" (Claim 1) | The distance of text around a retrieved word. | A window of contiguous words | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| repeating the retrieving, recording, recording repeating and generating steps for each word in the corpus, and | | | | |
| storing the generated word vectors in the memory as the thesaurus. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 25. A method, using a processor and memory, for determining relevant documents in a corpus of documents, the memory including a thesaurus of word vectors and a **context vector** for each document, the word vectors based on co-occurrence of words within each of the documents of the corpus of documents and each **context vector** based on the word vectors from the thesaurus for each word located in the corresponding document, the method comprising:<br><br>inputing a query;<br><br>generating a **context vector** for the query based on the word vectors from the thesaurus for each word in the query;<br><br>determining a correlation coefficient for each document based on the **context vectors** for | "context vector" (Claims 25, 27, 28, 31) | A value corresponding to a combination of the sums of thesaurus vectors of words used | A combination of all word vectors for each word in a document or in a query | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| that document and the query; | | | | |
| ranking each document based on the determined correlation coefficients; and | | | | |
| outputting the ranking for at least one of the documents. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 1. A method, using a processor and memory, for generating a thesaurus of word vectors based on lexical **co-occurrence of words** within documents of a corpus of documents, the corpus stored in the memory, the method comprising: | "co-occurrence of words" (Claims 1, 25, 27, 28, 31) | Two or more words or terms which appear in text within some distance of each other. Two terms co-occur if they appear in text within some distance of each other. | The appearance of two words within a specified range of each other | |
| retrieving into the processor a retrieved word from the corpus; | | | | |
| recording a number of times a co-occuring word co-occurs in a same document within a predetermined range of the retrieved word; | | | | |
| repeating the recording step for every co-occurring word located within the predetermined range for each occurrence of the retrieved word in the corpus; | | | | |
| generating a word vector for the | | | | |

16

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| word based on every recorded number;<br><br>repeating the retrieving, recording, recording repeating and generating steps for each word in the corpus, and<br><br>storing the generated word vectors in the memory as the thesaurus. | | | | |
| 25. A method, using a processor and memory, for determining relevant documents in a corpus of documents, the memory including a thesaurus of word vectors and a context vector for each document, the word vectors based on <u>co-occurrence of words</u> within each of the documents of the corpus of documents and each context vector based on the word vectors from the thesaurus for each word located in the corresponding document, the method comprising: | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| inputting a query; | | | | |
| generating a context vector for the query based on the word vectors from the thesaurus for each word in the query; | | | | |
| determining a correlation coefficient for each document based on the context vectors for that document and the query; | | | | |
| ranking each document based on the determined correlation coefficients; and | | | | |
| outputting the ranking for at least one of the documents. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 25. A method, using a processor and memory, for determining relevant documents in a corpus of documents, the memory including a thesaurus of word vectors and a context vector for each document, the word vectors based on co-occurrence of words within each of the documents of the corpus of documents and each context vector based on the word vectors from the thesaurus for each word located in the corresponding document, the method comprising:<br><br>inputting a query;<br><br>generating a context vector for the query based on the word vectors from the thesaurus for each word in the query;<br><br>determining a **correlation coefficient** for each document based on the context vectors for | "correlation coefficient" (Claims 25, 27, 28, 31) | A value representing or corresponding to the degree to which two variables are similar, e.g, the degree of difference or similarity between a query context vector and a context vector for a given document | A calculated number using a cosine function comparing the context vector of the words in a query and the context vector of the words in a document in the corpus of documents | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| that document and the query; | | | | |
| ranking each document based on the determined **correlation coefficients**; and | | | | |
| outputting the ranking for at least one of the documents. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 52. A method of operating a system that includes a display, user input means for providing signals, and a processor connected for receiving signals from the user input means and for presenting images on the display; the user input means providing motion requesting signals; the motion requesting signals requesting viewpoint motion and **point of interest** motion; the user input means being structured so that the user can request viewpoint motion and **point of interest** motion independently; the method | "point of interest" (Claims 52, 55) | Agreed: a point indicated by the user and relative to which the viewpoint can move | Agreed: a point indicated by the user and relative to which the viewpoint can move. | Agreed: a point indicated by the user and relative to which the viewpoint can move. |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| comprising steps of: | | | | |
| presenting a first image on the display; the first image including a first surface that is perceptible as viewed from a first viewpoint within a three-dimensional workspace; the first image including a first **point of interest** on the first surface; the step of | | | | |
| presenting the first image comprising a substep of storing viewpoint coordinate data indicating a position of the first viewpoint in the three-dimensional workspace; | | | | |
| receiving a first motion requesting signal set from the user input means, the first motion requesting signal set requesting a first viewpoint motion and a first **point of interest** motion; and | | | | |
| in response to the first motion requesting signal, presenting a second image on the display; the | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| second image including a second surface that is perceptible as a continuation of the first surface viewed from a second viewpoint within the three-dimensional workspace, the second viewpoint being displaced from the position indicated by the stored viewpoint coordinate data in accordance with the first viewpoint motion; the second image including a second **point of interest** on the second surface, the second **point of interest** being displaced in accordance with the first point of interest motion. | | | | |

23

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 1. A method of operating a system that includes a display, a user input device, and a processor connected for receiving signals from the user input device and for presenting images on the display; the user input device providing region indicating signals indicating regions within images presented and motion requesting signals requesting viewpoint motion; the method comprising steps of: | "viewpoint coordinate data" (Claims 1 and 52) | Information representing the position of the viewpoint in a three dimensional workspace | The position on the x-axis, the y-axis, and the z-axis in a three-dimensional workspace from which the workspace is viewed | |
| presenting a first image on the display; the first image including a first surface that is perceptible as viewed from a first viewpoint within a three-dimensional workspace; the step of presenting the first image comprising a substep of storing **viewpoint coordinate data** indicating a position of the first viewpoint in the | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| three-dimensional workspace;<br><br>receiving a first region indicating signal and a first motion requesting signal from the user input device; the first region indicating signal indicating a first region on the first surface; the first motion requesting signal requesting viewpoint motion relative to the first region; and<br><br>presenting a second image on the display; the second image including a second surface that is perceptible as a continuation of the first surface viewed from a second viewpoint within the three-dimensional workspace, the second viewpoint being displaced from the position indicated by the stored **viewpoint coordinate data** relative to the first region on the first surface in accordance with the first motion requesting signal. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 52. A method of operating a system that includes a display, user input means for providing signals, and a processor connected for receiving signals from the user input means and for presenting images on the display; the user input means providing motion requesting signals; the motion requesting signals requesting viewpoint motion and point of interest motion; the user input means being structured so that the user can request viewpoint motion and point of interest motion independently; the method comprising steps of: | | | | |
| presenting a first image on the display; the first image including a first surface that is perceptible as viewed from a first viewpoint within a three-dimensional workspace; the first image including a first point of interest on the first surface; the step of presenting the first image | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| comprising a substep of storing **viewpoint coordinate data** indicating a position of the first viewpoint in the three-dimensional workspace; | | | | |
| receiving a first motion requesting signal set from the user input means, the first motion requesting signal set requesting a first viewpoint motion and a first point of interest motion; and | | | | |
| in response to the first motion requesting signal, presenting a second image on the display; the second image including a second surface that is perceptible as a continuation of the first surface viewed from a second viewpoint within the three-dimensional workspace, the second viewpoint being displaced from the position indicated by the stored **viewpoint coordinate data** in accordance with the first viewpoint motion; the second image including a second point | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| of interest on the second surface, the second point of interest being displaced in accordance with the first point of interest motion. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 52. A method of operating a system that includes a display, and a processor connected for receiving signals from the user input means and for presenting images on the display; the user input means providing motion requesting signals; the motion requesting signals requesting viewpoint motion and point of interest motion; the user input means being structured so that the user can request viewpoint motion and point of interest | "user input means for providing signals" (Claim 52) | Corresponding structure: one or more user input devices that provide signals based on actions of a user, such as a keyboard, a mouse, a multidimensional input device such as a VPL glove or other input device and each of their equivalents.<br><br>Function: providing signals based on actions of a user | Structure: one or more user input devices that provide separate signals based on actions of a user, such as a keyboard, a mouse, a multidimensional input device such as a VPL glove or other input device and each of their equivalents.<br><br>Function: providing signals requesting viewpoint motion and point of interest motion | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| motion independently; the method comprising steps of: | | | | |
| presenting a first image on the display; the first image including a first surface that is perceptible as viewed from a first viewpoint within a three-dimensional workspace; the first image including a first point of interest on the first surface; the step of presenting the first image comprising a substep of storing viewpoint coordinate data indicating a position of the first viewpoint in the three-dimensional workspace; | | | | |
| receiving a first motion requesting signal set from the user input means, the first motion requesting signal set requesting a first viewpoint motion and a first point of interest motion; and | | | | |
| in response to the first motion requesting signal, presenting a second image on the display; the | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| second image including a second surface that is perceptible as a continuation of the first surface viewed from a second viewpoint within the three-dimensional workspace, the second viewpoint being displaced from the position indicated by the stored viewpoint coordinate data in accordance with the first view point motion; the second image including a second point of interest on the second surface, the second point of interest being displaced in accordance with the first point of interest motion. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 52. A method of operating a system that includes a display, user input means for providing signals, and a processor connected for receiving signals from the user input means and for presenting images on the display; the user input means providing motion requesting signals; the motion requesting signals requesting viewpoint motion and point of interest motion; the user input means being structured so that **the user can request viewpoint motion and point of interest motion independently**; the method comprising steps of: <br><br> presenting a first image on the display; the first image including a first surface that is perceptible as viewed from a first viewpoint within a three-dimensional workspace; the first image including a first point of interest | "the user can request viewpoint motion and point of interest motion independently" (Claim 52) | The user can request viewpoint motion and/or point of interest motion separately or simultaneously | The user can request viewpoint motion and point of interest motion separately and simultaneously | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| on the first surface; the step of presenting the first image comprising a substep of storing viewpoint coordinate data indicating a position of the first viewpoint in the three-dimensional workspace; | | | | |
| receiving a first motion requesting signal set from the user input means, the first motion requesting signal set requesting a first viewpoint motion and a first point of interest motion; and | | | | |
| in response to the first motion requesting signal, presenting a second image on the display; the second image including a second surface that is perceptible as a continuation of the first surface viewed from a second viewpoint within the three-dimensional workspace, the second viewpoint being displaced from the position indicated by the stored viewpoint coordinate data in accordance with the first view | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| point motion; the second image including a second point of interest on the second surface, the second point of interest being displaced in accordance with the first point of interest motion. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 52. A method of operating a system that includes a display, user input means for providing signals, and a processor connected for receiving signals from the user input means and for presenting images on the display; the user input means providing motion requesting signals; the motion requesting signals requesting viewpoint motion and point of interest motion; the user input means being structured so that the user can request viewpoint motion and point of interest motion independently; the method comprising steps of:<br><br>presenting a first image on the display; the first image including a first surface that is perceptible as viewed from a first viewpoint within a three-dimensional workspace; the first image including a first point of interest on the first surface; the step of | "motion requesting signal set" (Claim 52) | Signals representative of data for viewpoint motion and/or point of interest motion in a three-dimensional workspace | A group of commands indicating a point of interest motion and a viewpoint motion relative to the point of interest | |

34

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| presenting the first image comprising a substep of storing viewpoint coordinate data indicating a position of the first viewpoint in the three-dimensional workspace;<br><br>receiving a first **motion requesting signal set** from the user input means, the first **motion requesting signal set** requesting a first viewpoint motion and a first point of interest motion; and<br><br>in response to the first motion requesting signal, presenting a second image on the display; the second image including a second surface that is perceptible as a continuation of the first surface viewed from a second viewpoint within the three-dimensional workspace, the second viewpoint being displaced from the position indicated by the stored viewpoint coordinate data in accordance with the first view point motion; the second image | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| including a second point of interest on the second surface, the second point of interest being displaced in accordance with the first point of interest motion. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 1. A method of operating a system that includes a display, a user input device, and a processor connected for receiving signals from the user input device and for presenting images on the display; the user input device providing region indicating signals indicating regions within images presented and motion requesting signals requesting **viewpoint motion**; the method comprising steps of: <br><br> presenting a first image on the display; the first image including a first surface that is perceptible as viewed from a first viewpoint within a three-dimensional workspace; the step of presenting the first image comprising a substep of storing viewpoint coordinate data indicating a position of the first viewpoint in the | "viewpoint motion" (Claims 1, 28, 42, and 52) | A sequence of images that are perceptible as views of a three-dimensional workspace from a moving or displaced viewpoint | A sequence of images that causes the viewpoint to appear to move from an initial position to other positions | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| three-dimensional workspace;<br><br>receiving a first region indicating signal and a first motion requesting signal from the user input device; the first region indicating signal indicating a first region on the first surface; the first motion requesting signal requesting **viewpoint motion** relative to the first region; and<br><br>presenting a second image on the display; the second image including a second surface that is perceptible as a continuation of the first surface viewed from a second viewpoint within the three-dimensional workspace, the second viewpoint being displaced from the position indicated by the stored viewpoint coordinate data relative to the first region on the first surface in accordance with the first motion requesting signal. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 28. A method of operating a system that includes a display, a user input device, and a processor connected for receiving signals from the user input device and for presenting images on the display; the user input device providing motion requesting signals requesting **viewpoint motion**; the method comprising steps of: | | | | |
| presenting a first image on the display; the first image including a first surface that is perceptible as being viewed from a first viewpoint within a three-dimensional workspace; the first surface including a first region; the first viewpoint being positioned at a first distance from the first region; | | | | |
| receiving a first motion requesting signal requesting **viewpoint motion** from the user input device; and | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| presenting a second image on the display; the second image including a second surface that is perceptible as a continuation of the first surface viewed from a second viewpoint within the three-dimensional workspace; the second viewpoint being displaced by a First displacement from the first viewpoint in accordance with the first motion requesting signal; the first displacement being a function of the first distance. | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 52. A method of operating a system that includes a display, user input means for providing signals, and a processor connected for receiving signals from the user input means and for presenting images on the display; the user input means providing motion requesting signals; the motion requesting signals requesting viewpoint motion and **point of interest motion**; the user input means being structured so that the user can request viewpoint motion and **point of interest motion** independently; the method comprising steps of:<br><br>presenting a first image on the display; the first image including a first surface that is perceptible as viewed from a first viewpoint within a three-dimensional workspace; the first image including a first point of interest on the first surface; the step of | "point of interest motion" (Claim 52) | A sequence of images that are perceptible as views of a three-dimensional workspace including a moving or displaced point of interest | A change in location of the point of interest as indicated by a user | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| presenting the first image comprising a substep of storing viewpoint coordinate data indicating a position of the first viewpoint in the three-dimensional workspace;<br><br>receiving a first motion requesting signal set from the user input means, the first motion requesting signal set requesting a first viewpoint motion and a first __point of interest motion__; and<br><br>in response to the first motion requesting signal, presenting a second image on the display; the second image including a second surface that is perceptible as a continuation of the first surface viewed from a second viewpoint within the three-dimensional workspace, the second viewpoint being displaced from the position indicated by the stored viewpoint coordinate data in accordance with the first viewpoint motion; the second | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| image including a second point of interest on the second surface, the second point of interest being displaced in accordance with the first **point of interest motion.** | | | | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 55. The method of claim 52 in which the first view-point motion includes **radial motion,** the second viewpoint being displaced radially along a ray extending from the second point of interest through the first viewpoint. | "radial motion" (Claim 55) | Motion or displacement along one or more rays | Perceived movement along a ray | |

| Claim Language | Claim Element | Plaintiffs' Construction | Google's Construction | Court's Construction |
|---|---|---|---|---|
| 55. The method of claim 52 in which the first view-point motion includes radial motion, the second viewpoint being displaced radially along a **ray** extending from the second point of interest through the first viewpoint. | "ray" (Claim 55) | Extending from a radial source | A straight line extending from a radial source or point in a three-dimensional space | |

44