IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP INNOVATION, LLC, and TECHNOLOGY LICENSING CORPORATION | § § § § | |
| Plaintiffs | § § | CASE NO. 2:07 CV 503 PATENT CASE |
| vs. | § § | |
| GOOGLE, INC. | § § | |
| Defendant | § | |

**ORDER**

Previously, the Court appointed Michael T. McLemore as technical consultant to the Court in this action with his costs to be assessed equally between Plaintiffs and Defendant and timely paid as billed. The Court has received Mr. McLemore's invoice for services through October 2, 2009 in the amount of $26,250.00 and hereby **ORDERS** payment to be promptly made to Mr. McLemore at 10333 Richmond Ave., Suite 1100, Houston, TX 77042 as follows:

| | |
|---|---|
| Plaintiffs: | $13,125.00 |
| Defendant: | $13,125.00 |
| TOTAL: | $26,250.00 |

**So ORDERED and SIGNED this 5th day of October, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**