IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, | Case No. 2:07cv503-LED |
|---|---|
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| GOOGLE, INC.., | |
| Defendant. | |

## NOTICE OF APPEARANCE OF JACK WESLEY HILL

COME NOW Plaintiffs, IP Innovation L.L.C. and Technology Licensing Corporation, and hereby notify the Court and all parties of record that, in addition to the attorneys already representing them, Jack Wesley Hill, State Bar Number 24032294, of the Ward & Smith Law Firm, P.O. Box 1231, Longview, Texas, 75606-1231, (903) 757-6400, will be appearing as an attorney of record on their behalf in the above-styled and numbered cause.

Respectfully submitted,

/s/ Wesley Hill
Wesley Hill
State Bar No. 24032294

Ward & Smith Law Firm
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: wh@jwfirm.com

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 12th day of October, 2009.

/s/ Wesley Hill
Wesley Hill