IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION,       Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,       Defendant. | CASE NO. 2:07cv503-LED<br><br>JURY TRIAL DEMANDED |

# **[PROPOSED] ORDER**

AND NOW, upon consideration of PLAINTIFFS' MOTION TO EXTEND EXPERT REPORT DEADLINES, and all papers and arguments submitted pursuant thereto, it is hereby ORDERED that:

1. Initial expert witness reports for which each party has the burden are due on December 22, 2009.

2. Rebuttal expert witness reports are due on January 12, 2010.