IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | CASE NO. 2:07cv503-LED <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF CONFERENCE

Plaintiffs, pursuant to Local Rule CV-7(i), hereby submit the following certificate of conference in conjunction with their Motion to Extend Expert Report deadlines.

1.  On November 4, 2009, Plaintiffs' counsel, Douglas M. Hall, contacted Defendant's counsel, Elizabeth Brannen, by telephone and requested that Defendant agree to extend the expert report deadlines. Defendant's counsel stated that she would confer with her client and respond to Plaintiffs.

2.  On November 5, 2009, Plaintiffs' counsel, Douglas M. Hall, sent a follow-up e-mail to Defendant's counsel, Elizabeth Brannen, seeking an update on the request to extend expert report deadlines. Defendant's counsel responded later that day that Defendant was considering the proposal and would respond as soon as possible.

3.  On November 6, 2009, Defendant's counsel, Anna Lee, sent an e-mail which stated that "Google is not amenable to extending the current schedule." Later that day Douglas M. Hall and Elizabeth Brannen had a further discussion but were unable to resolve the issue.

4. The parties have completed the "meet and confer" requirements of Local Rule CV-7(h), and are at an impasse which they require the Court to resolve. Google opposes the current motion.

Respectfully submitted,

/s/ Douglas M. Hall
Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Douglas M. Hall
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

T. John Ward
Jack Wesley Hill
Ward & Smith
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Toll Free (866) 305-6400
Facsimile: (903) 757-2323

ATTORNEYS FOR IP INNOVATION L.L.C. and
TECHNOLOGY LICENSING CORPORATION