IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. and TECHNOLOGY LICENSING CORP., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> GOOGLE, INC. <br><br> Defendants. | Civil Action No. 2:07-cv-503 (LED) <br> Honorable Leonard Davis <br><br> Jury Trial Demanded |

### Declaration of David J. Mahalek in Support of Plaintiffs' Motion to Extend Expert Report Deadlines

I, David J. Mahalek, declare as follows:

1. I am one of the attorneys for Plaintiffs IP Innovation L.L.C. and Technology Licensing Corp.

2. Plaintiffs IP Innovation L.L.C. and Technology Licensing Corp. retained Dr. Ophir Frieder, a professor at the Illinois Institute of Technology, as a technical expert to provide opinions and testimony in this case.

3. Dr. Frieder was identified as Plaintiffs' expert in the Joint Claim Construction and Prehearing Statement (Docket No. 57) filed on July 13, 2009.

3. Dr. Frieder informed Plaintiffs' counsel on or about November 3, 2009 that he had accepted another teaching position at a university on the east coast.

4. As a result of his upcoming relocation and change in employment, Dr. Frieder indicated that he would no longer be able to provide an expert report or testify

as an expert in this matter.

5. Plaintiffs' counsel immediately undertook to retain a replacement testifying expert for this matter. On November 5, Plaintiffs' counsel retained and disclosed Dr. Tal Lavian to Google's counsel pursuant to the procedures of the Agreed Protective Order. On November 6, Plaintiffs' counsel retained and disclosed Peter Martin to Google's counsel pursuant to the procedures of the Agreed Protective Order.

I, David J. Mahalek, declare under penalty of perjury that the foregoing Declaration in support of Plaintiffs' Motion to Extend Expert Report Deadlines is true and correct to the best of my knowledge and belief.

Executed this 9th day of November, 2009 at Chicago, Illinois.

David J. Mahalek