IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, | ) ) ) ) | CASE NO. 2:07cv503-LED |
| Plaintiffs, | ) ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| GOOGLE, INC., | ) ) | |
| Defendant. | ) | |

# **[PROPOSED] ORDER**

AND NOW, upon consideration of PLAINTIFFS' MOTION TO EXTEND EXPERT REPORT DEADLINES, and all papers and arguments submitted pursuant thereto, it is hereby ORDERED that:

1. Initial expert witness reports for which each party has the burden are due on December 22, 2009.

2. Rebuttal expert witness reports are due on January 12, 2010.