**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **IP INNOVATION L.L.C. and** | § | |
| **TECHNOLOGY LICENSING** | § | |
| **CORPORATION,** | § | |
| | § | |
| **Plaintiffs,** | § | **CASE NO. 2:07 CV 503** |
| | § | **PATENT CASE** |
| **vs.** | § | |
| | § | |
| **GOOGLE, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Plaintiffs' Motion to Extend Expert Report Deadlines (Docket No.

91). Having considered the matter, the Court **ORDERS** that initial expert witness reports for

which each party has the burden are due **December 9, 2009**, and rebuttal expert witness reports

are due **January 6, 2010**.

So ORDERED and SIGNED this 10th day of November, 2009.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

1