IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. and TECHNOLOGY LICENSING CORPORATION, § § § § | |
| Plaintiffs, § § | CASE NO. 2:07 CV 503 PATENT CASE |
| vs. § § | |
| GOOGLE, INC., § § | |
| Defendant. § | |

**ORDER**

This is a preliminary order concerning the claim construction of U.S. Patent Nos. 5,675,819 ("the '819 patent") and 5,276,785 ("the '785 patent"). The Court's preliminary determination of disputed terms in the '819 and '785 patents are listed in the chart below. A full claim construction opinion will be forthcoming.

**Disputed Terms from the '819 Patent:**

| Term or Phrase | Court's Construction |
|---|---|
| **"thesaurus"** (Claims 1, 25, 27, 28, 31) | a data structure that defines semantic relatedness between words |
| **"word vector"** (Claims 1, 25, 27, 28, 31) | a variable numerical quantity, which can be resolved into components, that provides a representation of a lexical co-occurrence pattern |
| **"lexical co-occurrence"** (Claim 1) | two words that appear in text within some distance of each other |
| **"corpus of documents"** (Claims 1, 25, 27, 28, 31) | a collection of documents which can be accessed by an information retrieval system |
| **"range"** (Claim 1) | the distance within a body of text surrounding a retrieved word |
| **"context vector"** (Claims 25, 27, 28, 31) | a combination of the weighted sums of the thesaurus vectors of all the words contained in the document |
| **"co-occurrence of words"** (Claims 1, 25, 27, 28, 31) | two words that appear in text within some distance of each other |

Dockets.Justia.com

| Term or Phrase | Court's Construction |
|---|---|
| "correlation coefficient" (Claims 25, 27, 28, 31) | a value representing or corresponding to the degree to which two variables are similar |

**Disputed Terms from the '785 Patent:**

| Term or Phrase | Court's Construction |
|---|---|
| "point of interest" (Claims 52, 55) | [AGREED] a point indicated by the user and relative to which the viewpoint can move |
| "viewpoint coordinate data" (Claims 1 and 52) | data representing the position of the viewpoint in a three dimensional workspace |
| "user input means for providing signals" (Claim 52) | Function: providing signals<br><br>Corresponding Structure: one or more user input devices including a keyboard, a mouse, and a multidimensional input device such as a VPL glove, and each of their equivalents |
| "the user can request viewpoint motion and point of interest motion independently" (Claim 52) | the user can individually request viewpoint motion and point of interest motion |
| "motion requesting signal set" (Claim 52) | data indicating a user's request for movement of an image presentation on a display |
| "viewpoint motion" (Claims 1, 28, 42, and 52) | perceived movement of the viewpoint of an image presentation on a display |
| "point of interest motion" (Claim 52) | perceived movement of a point of interest on an image presentation on a display |
| "radial motion" (Claim 55) | perceived movement along a ray |
| "ray" (Claim 55) | [AGREED] a straight line extending from a radial source |

**So ORDERED and SIGNED this 12th day of November, 2009.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**