UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND<br>TECHNOLOGY LICENSING CORPORATION,<br><br>     Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>     Defendant. | §<br>§<br>§<br>§<br>§   CASE NO. 2:07CV-503-LED<br>§<br>§   JURY TRIAL REQUESTED<br>§<br>§<br>§ |

**ORDER GRANTING DEFENDANT AND COUNTER-CLAIM PLAINTIFF GOOGLE INC.'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT INVALDITY CONTENTIONS**

On this day, the Court considered Defendant And Counterclaim-Plaintiff Google Inc.'s Unopposed Motion For Leave To Supplement Invalidity Contentions. After considering the Motion, the Court determines that good cause exists and accordingly GRANTS the motion. It is therefore:

ORDERED that Google is granted leave to supplement its invalidity contentions to add the Powers of Ten Video pursuant to Patent Rule 3-6.