UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP INNOVATION L.L.C. AND <br> TECHNOLOGY LICENSING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | § § § § § § § § § § | CASE NO. 2:07CV-503-LED <br><br> JURY TRIAL REQUESTED |

### ORDER GRANTING DEFENDANT AND COUNTER-CLAIM PLAINTIFF GOOGLE INC.'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT INVALDITY CONTENTIONS

On this day, the Court considered Defendant And Counterclaim-Plaintiff Google Inc.'s Unopposed Motion For Leave To Supplement Invalidity Contentions. After considering the Motion, the Court determines that good cause exists and accordingly GRANTS the motion. It is therefore:

ORDERED that Google is granted leave to supplement its invalidity contentions to add the Powers of Ten Video pursuant to Patent Rule 3-6.

**So ORDERED and SIGNED this 18th day of December, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**