# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **IP INNOVATION L.L.C.** and **TECHNOLOGY LICENSING CORPORATION,** § § § § | |
| Plaintiffs, § § | **CASE NO. 2:07 CV 503** **PATENT CASE** |
| vs. § § | |
| **GOOGLE, INC.,** § § | |
| Defendant. § | |

## ORDER

The above-captioned case is hereby **TRANSFERRED** from the docket of the undersigned to the docket of the Honorable Randall R. Rader. This Court will be entering a final Claim Construction Opinion consistent with its previously entered Preliminary Claim Construction Order (Docket No. 93).

**So ORDERED and SIGNED this 21st day of December, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**