# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND<br>TECHNOLOGY LICENSING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§ CASE NO. 2:07CV-503-RRR<br>§<br>§ JURY TRIAL REQUESTED<br>§<br>§<br>§ |

**ORDER**

On this day, the Court considered the Joint Motion to Permit Parties to Conduct Depositions After January 15, 2010. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that:

(i) The parties will be permitted to conduct depositions after January 15, 2010.

(ii) All other deadlines remain as set forth at the December 30, 2009 status conference.