IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:07cv503-LED JURY TRIAL DEMANDED |
| Plaintiffs, | | |
| v. | | |
| GOOGLE, INC., | | |
| Defendant . | | |

## PLAINTIFFS' NOTICE OF FILING

Plaintiffs notify the Court that on January 14, 2010, they filed IP Innovation's Motion for a Protective Order Pursuant to Fed.R.Civ.P. 26(C), and a Memorandum in Support of Same in the United States District Court for the District of Oregon, a copy of which is attached hereto.

Dated: January 14, 2010

Respectfully submitted,

/s/ David J. Mahalek
Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

T. John Ward
Ward & Smith
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Toll Free (866) 305-6400
Facsimile: (903) 757-2323

ATTORNEYS FOR IP INNOVATION L.L.C. and
TECHNOLOGY LICENSING CORPORATION

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **PLAINTIFFS NOTICE OF FILING** was served to the following at their email address this 14th day of January 2010.

| | |
|---|---|
| David J. Beck<br>Texas Bar No. 00000070<br>dbeck@brsfinn.com<br>Michael E. Richardson<br>Texas Bar No. 24002838<br>mrichardson@brsfirm.com<br>BECK, REDDEN & SECREST, L.L.P. One Houston Center<br>1221 McKinney St., Suite 4500 Houston, Texas 77010<br>(713) 951-3700<br>(713) 951-3720 (Fax) | Mark G. Matuschak<br>mark.matuschak@wilmerhale.com<br>Richard A. Goldenberg<br>Richard.goldenberg@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>(617) 526-5000 (Fax) |
| John H. Hintz<br>John.hintz@wilmerhale.com<br>Victor F. Souto<br>Victor.souto@wilmerhale.com<br>Ross E. Firsenbaum<br>Ross.firsenbaum@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800<br>(212) 230-8888 (Fax) | Elizabeth I. Rogers<br>Elizabeth.brannen@wilmerhale.com<br>Anna T. Lee<br>Anna.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>(650) 858-6042<br>(650) 858-6100 (Fax) |

/s/ David J. Mahalek