IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. and TECHNOLOGY LICENSING CORPORATION,<br><br>   Plaintiffs,<br><br> v.<br><br>GOOGLE, Inc.,<br><br>   Defendant | CASE NO. 2:07cv503-LED<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW DOUGLAS M. HALL AS COUNSEL FOR IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION

Niro, Scavone, Haller & Niro, who appears on behalf of IP Innovation LLC and Technology Licensing Corporation ("Plaintiffs") as counsel in the above captioned case, hereby moves this court, pursuant to Local Rule CV-11(d), for leave to withdraw Douglas M. Hall from representation of Plaintiffs in this lawsuit.

Douglas M. Hall is leaving the employ of Niro, Scavone, Haller & Niro. Plaintiffs are not harmed in any way by this withdrawal, as attorneys Raymond P. Niro, Joseph N. Hosteny, Arthur A. Gasey, Paul C. Gibbons and David J. Mahalek, who are attorneys at Niro, Scavone, Haller & Niro, and local counsel T. John Ward of Ward & Smith continue to represent Plaintiffs.

Counsel for Plaintiffs contacted counsel for Google, and counsel for Google indicated they do not oppose this motion.

WHEREFORE, Niro, Scavone, Haller & Niro respectfully requests that the Court grant its motion for leave to withdraw Douglas M. Hall from representation of Plaintiffs.

Respectfully submitted,

/s/ Paul C. Gibbons
Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Douglas M. Hall
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

T. John Ward
Jack Wesley Hill
Ward & Smith
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Toll Free (866) 305-6400
Facsimile: (903) 757-2323

ATTORNEYS FOR IP INNOVATION L.L.C.
and TECHNOLOGY LICENSING
CORPORATION

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **UNOPPOSED MOTION TO WITHDRAW DOUGLAS M. HALL AS COUNSEL FOR IP INNOVATION LLC, and TECHNOLOGY LICENSING CORPORATION** was filed with the Clerk of the Court on January 15, 2010 using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court.

David J. Beck
Texas Bar No. 00000070
dbeck@brsfinn.com
Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

Mark G. Matuschak
mark.matuschak@wilmerhale.com
Richard A. Goldenberg
Richard.goldenberg@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (Fax)

John H. Hintz
John.hintz@wilmerhale.com
Victor F. Souto
Victor.souto@wilmerhale.com
Ross E. Firsenbaum
Ross.firsenbaum@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (Fax)

Elizabeth I. Rogers
Elizabeth.brannen@wilmerhale.com
Anna T. Lee
Anna.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6042
(650) 858-6100 (Fax)

/s/ Paul C. Gibbons