IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, | CASE NO. 2:07cv503-LED |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

## **[PROPOSED] ORDER**

AND NOW, upon consideration of PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW DOUGLAS M. HALL AS COUNSEL FOR IP INNOVATION LLC AND TECHNOLOGY LICENSING CORPORATION it is hereby ORDERED that said Unopposed Motion is granted.