IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. and TECHNOLOGY LICENSING CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 2:07-cv-503-RRR |

## ORDER

On this day, the Court considered the Joint Motion to Permit Parties to Conduct Depositions After January 15, 2010. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that:

(i) The parties will be permitted to conduct depositions after January 15, 2010. **All depositions should be completed by January 29, 2010.**

(ii) All other deadlines remain as set forth at the December 30, 2009 status conference.

It is SO ORDERED.

SIGNED this 15th day of January, 2010.

_____
RANDALL R. RADER
UNITED STATES CIRCUIT JUDGE (sitting by designation)