IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. and<br>TECHNOLOGY LICENSING<br>CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 2:07-cv-503-RRR |

## ORDER SETTING BRIEFING SCHEDULE FOR IP INNOVATION L.L.C.'S MOTION FOR A PROTECTIVE ORDER

Google Inc. is requested to file any opposition to IP Innovation L.L.C.'s Motion for a Protective Order Pursuant to Fed.R.Civ.P. 26(C) no later than 5:00 p.m. on January 19, 2010.

Any reply by IP Innovation should be filed no later than 5:00 p.m. on January 20, 2010.

It is SO ORDERED.

SIGNED this 15th day of January, 2010.

_____
RANDALL R. RADER
UNITED STATES CIRCUIT JUDGE (sitting by designation)