UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, <br><br> PLAINTIFFS, <br><br> V. <br><br> GOOGLE INC. <br><br> DEFENDANT. | § § § § § § § § § § § CASE NO. 2:07CV-503-RRR |

### AGREED MOTION FOR ENTRY OF STIPULATION
### AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs IP Innovation LLC and Technology Licensing Corporation hereby respectfully request the entry of a Stipulation and Order of Dismissal with prejudice of all claims in Plaintiffs' complaint and Google's counterclaims, as set forth in the attached Exhibit. Google has been advised of and agrees to the filing of the present motion. Therefore, the Parties respectfully request the entry of the stipulation and order of dismissal with prejudice in the form submitted herewith.

Respectfully submitted,


/s/ Paul C. Gibbons
Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Douglas M. Hall
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

T. John Ward
Ward & Smith
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Toll Free (866) 305-6400
Facsimile: (903) 757-2323

ATTORNEYS FOR IP INNOVATION L.L.C. and
TECHNOLOGY LICENSING CORPORATION

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **AGREED MOTION FOR ENTRY OF STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** was served electronically on the below listed on January 27, 2010.

David J. Beck
Texas Bar No. 00000070
dbeck@brsfinn.com
Michael E. Richardson
Texas Bar No. 24002838
mrichardson@brsfirm.com
BECK, REDDEN & SECREST, L.L.P. One Houston Center
1221 McKinney St., Suite 4500 Houston, Texas 77010
(713) 951-3700
(713) 951-3720 (Fax)

Mark G. Matuschak
mark.matuschak@wilmerhale.com
Richard A. Goldenberg
Richard.goldenberg@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (Fax)

John H. Hintz
John.hintz@wilmerhale.com
Victor F. Souto
Victor.souto@wilmerhale.com
Ross E. Firsenbaum
Ross.firsenbaum@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (Fax)

Elizabeth I. Rogers
Elizabeth.brannen@wilmerhale.com
Anna T. Lee
Anna.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
(650) 858-6042
(650) 858-6100 (Fax)

/s/ Paul C. Gibbons