Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION,<br><br>PLAINTIFFS,<br><br>V.<br><br>GOOGLE INC.<br><br>DEFENDANT. | § § § § § § § § § § <br><br>CASE NO. 2:07CV-503-RRR |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the agreement of the parties, the Court orders as follows:

Plaintiffs' complaint and Google's counterclaims are dismissed with prejudice, with each side to bear its own fees and costs.

Stipulated to by:

\_\_\_\_\_/s/ Paul C. Gibbons\_\_\_     \_\_\_\_\_/s/ Elizabeth Rogers Brannen\_\_\_\_\_

Attorneys for Plaintiffs IP Innovation L.L.C. and Technology Licensing Corporation     Attorneys for Defendant Google Inc.

IT IS SO ORDERED

DONE THIS \_\_\_\_\_ DAY OF January, 2010.

_____

HONORABLE RANDALL R. RADER