Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION, <br><br> PLAINTIFFS, <br><br> V. <br><br> GOOGLE INC. <br><br> DEFENDANT. | § § § § § § § § § § <br><br> CASE NO. 2:07CV -503-RRR |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the agreement of the parties, the Court orders as follows:

Plaintiffs' complaint and Google's counterclaims are dismissed with prejudice, with each side to bear its own fees and costs.

Stipulated to by:

| /s/ Paul C. Gibbons | /s/ Elizabeth Rogers Brannen |
|---|---|
| Attorneys for Plaintiffs IP Innovation L.L.C. and Technology Licensing Corporation | Attorneys for Defendant Google Inc. |

IT IS SO ORDERED: