Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **IP INNOVATION L.L.C. AND TECHNOLOGY LICENSING CORPORATION,** § § § § | |
| PLAINTIFFS, § | |
| V. § | CASE NO. 2:07CV-503-RRR |
| § § | |
| **GOOGLE INC.** § | |
| DEFENDANT. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the agreement of the parties, the Court orders as follows:

Plaintiffs' complaint and Google's counterclaims are dismissed with prejudice, with each side to bear its own fees and costs.

Stipulated to by:

_/s/ Paul C. Gibbons_   _/s/ Elizabeth Rogers Brannen_

Attorneys for Plaintiffs IP Innovation L.L.C. and Technology Licensing Corporation

Attorneys for Defendant Google Inc.

IT IS SO ORDERED
DONE THIS 29th DAY OF January, 2010.

_/s/ Randall R. Rader_
HONORABLE RANDALL R. RADER